# EXHIBIT A-1

# Docket Sheet

As of 2022-10-14 11:18:30 Eastern Standard Time/EST • Generated by Meghan Borrazas

**Filtered By**
Show: All file info
Matter: In re Jeffrey B. Clark, 22-BD-039

| Date Received Dat | Document Category | Document Event Type | Long Description |
|---|---|---|---|
| 7/19/2022 | Petition | Specification of Charges | Specification of Charges |
| 7/27/2022 | Affidavit | Affidavit of Service | Affidavit of Service |
| 8/4/2022 | Motion Filed with the Hearing Committee | Motion for Extension of Time | Motion for Extension of Time |
| 8/4/2022 | Motion Filed with the Board | General Motion | Motion for Leave to File Under Seal |
| 8/4/2022 | Pleading | Opposition | Disciplinary Counsel's Opposition to Respondent's Motion for Extension (Under Seal) |
| 8/5/2022 | Motion Filed with the Board | General Motion | Motion to File Reply Under Seal |
| 8/5/2022 | Motion Filed with the Board | General Motion | Motion to Place Motion for Extension Under Seal |
| 8/5/2022 | Pleading | Reply to Response | Reply in Support Of Motion For Extension Of Time (Under Seal) |
| 8/8/2022 | Hearing Committee Order | Granting Extension | Hearing Committee Order - Granting Motion for Extension |
| 8/8/2022 | Board Order | Board General Order | Board Order - Ruling on Motions to File Under Seal (With Confidential Appendix) |
| 8/8/2022 | Pleading | Opposition | Disciplinary Counsel's Opposition to Respondent's Motion for Extension (With Redactions) |
| 8/11/2022 | Motion Filed with the Board | General Motion | Motion to Recuse Board Member Matthew Kaiser |
| 8/17/2022 | Pleading | General Pleading | Notice and Incorporated Motion to Seal |
| 8/15/2022 | Pleading | Opposition | Opposition to Respondent's "Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal" |

| 8/11/2022 | Pleading | Reply to Order | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal |
|---|---|---|---|
| 8/29/2022 | Motion Filed with the Hearing Committee | Motion to Defer | Request for Deferral Under Board Rule 4.2 |
| 8/31/2022 | Hearing Committee Order | HC General Order | Hearing Committee Order - Denying Request that Motion be Ruled on Before September 1st |
| 9/1/2022 | Motion Filed with the Board | General Motion | Motion to File Under Seal (Motion to Defer) |
| 9/1/2022 | Motion Filed with the Hearing Committee | Motion to Dismiss | Motion to Dismiss and Brief in Support |
| 9/1/2022 | Pleading | Answer to Specification of Charges | Answer of Respondent |
| 8/31/2022 | Pleading | Opposition | Disciplinary Counsel's Opposition to Request for Deferral |
| 9/1/2022 | Motion Filed with the Board | General Motion | Motion to File Answer Under Seal |
| 9/1/2022 | Motion Filed with the Board | General Motion | Motion to File Motion to Dismiss Under Seal |
| 9/2/2022 | Board Order | Board General Order | Board Order  - Regarding Redactions (Redacted) |
| 9/2/2022 | Pleading | Opposition | Final Redactions re 2022-08-04 Disciplinary Counsel's Opposition |
| 9/6/2022 | Pleading | Opposition | Opposition to Respondent's "Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal" |
| 9/2/2022 | Pleading | Reply to Response | Final Redactions re 2022-08-05 Reply in Support Of Motion For Extension of Time |
| 9/6/2022 | Pleading | Response of ODC | UNDER SEAL Disciplinary Counsel's Omnibus Response to Respondent's September 1, 2022 Pleadings |
| 9/6/2022 | Pleading | Response of ODC | REDACTED - Disciplinary Counsel's Omnibus Response to Respondent's September 1, 2022 Pleadings |
| 9/2/2022 | Motion Filed with the Hearing Committee | Motion for Extension of Time | Final Redactions re 2022-08-04 Motion for Extension of Time |
| 9/2/2022 | Board Order | Board General Order | Board Order - Regarding Redactions |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Motion to File Answer Under Seal_Redacted |

| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Answer of Respondent_Redacted |
|---|---|---|---|
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Request for Deferral Under Board Rule 4.2_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Motion to File Under Seal (Motion for Deferral)_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Notice and Incorporated Motion to Seal_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Motion to Dismiss and Brief in Support_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Motion to File Under Seal (Motion to Dismiss)_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal (without Attachments)_Redacted |
| 9/8/2022 | Pleading | Redacted Version of Previously Filed Document | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal_Redacted |
| 9/12/2022 | Pleading | Redacted Version of Previously Filed Document | REDACTED - Reply Brief in Support of Motion to Dismiss |
| 9/12/2022 | Pleading | General Pleading | UNDER SEAL - Reply Brief in Support of Motion to Dismiss |
| 9/12/2022 | Recommendation | HC Recommendation on Request to Defer | Report and Recommendation |
| 9/15/2022 | Board Order | Board General Order | Board Order - unsealing docs sealed pursuant to 8/8/2022 order |
| 9/15/2022 | Motion Filed with the Board | General Motion | WITHDRAWN Motion Regarding Publicly Available Filings |
| 9/16/2022 | Board Order | Board General Order | Board Order - ruling on motion to recuse Kaiser |
| 9/20/2022 | Motion Filed with the Board | General Motion | Respondent's Withdrawal of Motion Regarding Publicly Available Filings |
| 9/27/2022 | Board Order | Board Order - Defer | Board Order denying request to defer |
| 9/29/2022 | Hearing Committee Order | HC General Order | Hearing Committee Order - Setting Pre-Hearing Conference |
| 10/3/2022 | Pleading | General Pleading | Statement Concerning Hearing Dates |
| 10/4/2022 | Hearing Committee Order | HC General Order | Hearing Committee Order - Re Pre-Hearing Conference, What Parties Should be Prepared to Discuss |
| 10/6/2022 | Transcript | Pre-Hearing Transcript | Pre-Hearing Transcript |

| 10/12/2022 | Hearing Committee Order | Memorializing Pre-Hearing Conference | Hearing Committee Order - Memorializing Pre-Hearing |
|---|---|---|---|
| **Total** | 53 | | |

Confidential Information - Do Not Distribute

Copyright © 2000-2022 salesforce.com, inc. All rights reserved.