# EXHIBIT A-3

**<u>Respondent Note re Exhibit A-3</u>**

Respondent and his counsel do not have a copy of the Affidavit of Service that was apparently supplied by the process server to ODC. If it becomes available to us, we will expeditiously supplement the papers and process, etc., filed as exhibits to the Notice of Removal with that document.