# EXHIBIT A-5

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY

RECEIVED
Aug 4 2022 2:17pm
Board on Professional Responsibility

In the Matter of

CONFIDENTIAL (J.B.C.), ESQ.   :   Disciplinary Docket No. 2021-D193

Respondent,   :   DCCA No. 21-BS-0059

A Member of the Bar of the District of Columbia Court of Appeals.

## MOTION FOR LEAVE TO FILE UNDER SEAL

Disciplinary Counsel moves for leave to file its Opposition to Respondent's Motion for Extension of Time under seal. Respondent consents to this Motion. The Opposition discusses proceedings filed under seal with the Court of Appeals. Those proceedings were initiated during the investigation of Mr. Clark that led to the Specification of Charges filed against him in July 2022. Because investigations are conducted in confidence, pursuant to Rule XI, § 17(a), the pleadings were filed under seal. Formal charges now having been filed, there is no longer a reason why the proceedings before the Court should remain under seal, and Disciplinary Counsel is filing simultaneously a motion with the Court to unseal them. But until the Court acts on that motion, it seems prudent to place the Opposition alluding to those proceedings under seal. If the Court lifts the seal, then the Opposition no longer needs to be under seal.

Respectfully submitted,

*Hamilton P. Fox, III*
_____
Hamilton P. Fox, III
Disciplinary Counsel
Bar Registration No. 113050

/s/ Jason R. Horrell
Jason R. Horrell
Assistant Disciplinary Counsel
Bar Registration No. 1033885

OFFICE OF DISCIPLINARY COUNSEL
515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C.  20001
(202) 638-1501

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2022, I caused a copy of the foregoing *Disciplinary Counsel's Motion for Leave to File Under Seal* to be served on all parties listed in the Certificate of Service located on the under seal document.

*Hamilton P. Fox, III*
_____
Hamilton P. Fox, III

2