# EXHIBIT A-7

# DISTRICT OF COLUMBIA COURT OF APPEALS
# BOARD ON PROFESSIONAL RESPONSIBILITY

Under Seal

| | |
|---|---|
| In the Matter of | |
| JEFFREY B. CLARK | Disciplinary Docket No. |
| A Member of the Bar of the District of Columbia Court of Appeals | 2021-D193 |
| Bar No. 455315 | |
| Date of Admission: July 7, 1997 | |

RECEIVED Aug 5 2022 4:32pm Board on Professional Responsibility

## MOTION TO FILE REPLY UNDER SEAL

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and moves to file under seal his Reply in Support of Motion for Extension of Time. Disciplinary Counsel has consented to this motion. The grounds for this motion are that the Reply discusses currently pending sealed proceedings before the District of Columbia Court of Appeals in Case No. Case No. 22-BS-0059, involving this Respondent. *See* Office of Disciplinary Counsel's motion to file under seal their response to the Motion for Extension of Time, filed with the Board August 4, 2022.

Respectfully submitted this 5th day of August, 2022.

/s/ Charles Burnham

Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

*Motion for pro hac vice admission before DCCA in progress

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission before DCCA in progress*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this ***Motion to File Under Seal*** by U.S. First Class Mail with sufficient postage thereon to insure delivery, and by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 5 day of August, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464
1424 K Street, NW
Suite 500
Washington DC 20005
(202)3866920

charles@burnhamgorokhov.com

3