# EXHIBIT A-8

DISTRICT OF COLUMBIA COURT OF APPEALS

BOARD ON PROFESSIONAL RESPONSIBILITY

Under Seal

RECEIVED
Aug 5 2022 4:31pm
Board on Professional Responsibility

| | |
|---|---|
| In the Matter of<br>**JEFFREY B. CLARK**<br>A Member of the Bar of the District of Columbia Court of Appeals<br>Bar No. 455315<br>Date of Admission: July 7, 1997 | Disciplinary Docket No.<br>2021-D193 |

## MOTION TO PLACE MOTION FOR EXTENSION UNDER SEAL

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and moves to place his Motion for Extension of Time under seal. Disciplinary Counsel has consented to this motion. The grounds for this motion are that the Response to the Motion and the Reply in support of the motion discuss currently pending sealed proceedings before the District of Columbia Court of Appeals in Case No. Case No. 22-BS-0059, involving this Respondent. *See* Office of Disciplinary Counsel's motion to file under seal their response to the Motion for Extension of Time, filed with the Board August 4, 2022. For ease of administration and the avoidance of confusion, including public confusion, the Motion for Extension should also be placed under seal along with the Response and the Reply.

Respectfully submitted this 5th day of August, 2022.

/s/ Charles Burnham

Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission before DCCA in progress*

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

**Motion for pro hac vice admission before DCCA in progress*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this ***Motion to File Under Seal*** by U.S. First Class Mail with sufficient postage thereon to insure delivery, and by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 5 day of August, 2022.

             /s/ *Charles Burnham*
             Charles Burnham
             DC Bar No. 1003464
             1424 K Street, NW
             Suite 500
             Washington DC 20005
             (202) 386-6920

             charles@burnhamgorokhov.com