# EXHIBIT A-10

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY
HEARING COMMITTEE NUMBER TWELVE

FILED

Aug 8 2022 3:18pm

Board on Professional Responsibility

In the Matter of:                               :
                                                :
JEFFREY B. CLARK,                               :
                                                :   Board Docket No. 22-BD-039
Respondent.                                     :   Disciplinary Docket No. 2021-D193
                                                :
A Member of the Bar of the                      :
District of Columbia Court of Appeals           :
(Bar Registration No. 455315)                   :

ORDER

Upon consideration of Respondent Jeffrey Clark's motion seeking an extension of time to file an answer or other responsive pleading, Disciplinary Counsel's opposition thereto, and Mr. Clark's reply in support of his motion,[1] and it appearing that Mr. Clark has shown good cause for the extension of time sought in his motion, and pursuant to Board Rule 7.5, it is hereby

ORDERED that Mr. Clark's motion for extension of time to file an answer is granted; and it is further

ORDERED that Mr. Clark's answer shall be filed on or before 5 p.m. on September 1, 2022; and it is further

ORDERED that, in addition to filing his answer, Mr. Clark may file any other "responsive pleadings" referenced in his motion on or before 5 p.m. on September 1, 2022.

HEARING COMMITTEE NUMBER TWELVE

By: _____
    Merril Hirsh
    Chair

---

[1] Pursuant to an order issued by the Board Chair, the motion papers have been filed under seal. The Board Chair's order directs the parties to publicly file redacted copies of the motion papers within two days of that order.

2

cc:

Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com
hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org