# EXHIBIT A-11

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY

ISSUED
Aug 8 2022 10:54am
Board on Professional Responsibility

| | |
|---|---|
| In the Matter of: | : |
| | : |
| JEFFREY B. CLARK, | : |
| | : Board Docket No. 22-BD-039 |
| Respondent. | : Disciplinary Docket No. 2021-D193 |
| | : |
| A Member of the Bar of the | : |
| District of Columbia Court of Appeals | : |
| (Bar Registration No. 455315) | : |

ORDER

This matter is pending before a Hearing Committee. It is before the Board on both parties' motions for protective orders prohibiting the public disclosure of Respondent's motion for extension of time, Disciplinary Counsel's opposition thereto, and Respondent's reply in support of his motion (collectively "the motion papers"). The parties agree that the motion papers should be placed under seal to prevent the disclosure of certain Confidential Information, which is set forth in the attached Confidential Appendix, which itself will be filed under seal, but will be served on the parties.

Upon consideration of the foregoing, and it appearing that the parties have established good cause to support the issuance of a protective order, it is pursuant to D.C. Bar R. XI, § 17(d) and Board Rule 11.1, hereby

ORDERED that Respondent's motion to place motion for extension under seal is granted; and it is further

ORDERED that Disciplinary Counsel's motion for leave to file its opposition under seal is granted; and it is further

ORDERED that Respondent's motion to file reply under seal is granted; and it is further

ORDERED that the original, unredacted copies of the motion papers shall be filed under

seal; and it is further

ORDERED that no later than two days following the date of this Order, Respondent shall publicly file a copy of his motion for extension, and his reply in support of that motion, with references to the Confidential Information redacted; and it is further

ORDERED that no later than two days following the date of this Order, Disciplinary Counsel shall publicly file a copy of its opposition to Respondent's motion, with references to the Confidential Information redacted; and it is further

ORDERED that any proceedings before the Hearing Committee or the Board in this matter shall be conducted so that this Order is implemented and any references to the Confidential Information are placed under seal and not publicly disclosed; and it is further

ORDERED that this protective order shall remain in effect for purposes of this proceeding unless and until it is modified or vacated by the Board or the Court.

BOARD ON PROFESSIONAL RESPONSIBILITY

By: *[signature]*
Lucy Pittman
Chair

cc:

Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com
hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY

| | | |
|---|---|---|
| In the Matter of: | : | **FILED UNDER SEAL** |
| | : | |
| JEFFREY B. CLARK, | : | |
| | : | Board Docket No. 22-BD-039 |
| Respondent. | : | Disciplinary Docket No. 2021-D193 |
| | : | |
| A Member of the Bar of the | : | |
| District of Columbia Court of Appeals | : | |
| (Bar Registration No. 455315) | : | |

CONFIDENTIAL APPENDIX

The phrase "Confidential Information" as used in the foregoing order in this matter refers to the existence of and any proceedings in *In re Confidential (JBC)*, D.C. App. No. 21-BS-0059 (Disciplinary Counsel's Motion to Enforce Subpoena Duces Tecum) filed against Respondent.