# EXHIBIT A-17

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY
HEARING COMMITTEE NUMBER TWELVE



FILED
Aug 31 2022 8:43am
Board on Professional Responsibility

| | |
|---|---|
| In the Matter of: | |
| JEFFREY B. CLARK, | Board Docket No. 22-BD-039 |
| Respondent. | Disciplinary Docket No. 2021-D193 |
| A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315) | |

## ORDER

Pending before this Hearing Committee is Respondent's Jeffrey B. Clark's Request for Deferral, filed on August 29, 2022. Mr. Clark seeks to defer these disciplinary proceedings in light of the pendency of related civil investigations, quasi-criminal litigation, and two other separate criminal investigations. Mr. Clark's pending deferral motion was filed three days before his Answer was due and states that "because exclusive jurisdiction exists in the DCCA, all deadlines in this case should be suspended and the Board should so rule **before the current September 1, 2022 deadline** to file an answer and motions arrives." Request for Deferral at 11 (emphasis in original). Disciplinary Counsel has not yet filed its response, the time to do so not having expired, but has indicated that it will do so.

After a Specification of Charges has been filed, the respondent "may request deferral of a disciplinary case based upon the pendency of either a related ongoing criminal investigation or related pending criminal or civil litigation." Deferral may be granted where "when there is a substantial likelihood that the resolution of the related investigation or litigation will help to resolve material issues involved in the pending disciplinary matter." *See* Board Rules 4.1 and 4.2.

In addition to setting for the substantive standard, Board Rule 4.2 also sets forth timing for briefing and deciding a deferral motion. "A party may file an opposition to such a request

***within five days of the filing*** of the request with the Office of the Executive Attorney." (Emphasis added). "The Chair of the Hearing Committee shall transmit the request for deferral, with any opposition thereto, to the Chair of the Board with a recommendation as to the action the Chair of the Hearing Committee considers appropriate ***within five days of receipt of any opposition*** to an application for deferral or five days after the date such opposition was due.  The Board Chair shall rule on the motion ***after evaluating the pleadings and recommendation*** under the standards in Rule 4.1." Rule 4.2 (emphasis added).  *See also* Board Rule 19.4 (Computation of Time).

The portion of Mr. Clark's Request for Deferral arguing that "the Board should so rule ***before the current September 1, 2022 deadline*** to file an answer and motions," seeks to shorten the time Rule 4.2 contemplates for opposing and considering the deferral itself.  However, the motion does not explain why the motion would need to be briefed or decided on such a schedule and the circumstances do not justify this relief.  Respondent was served with the Specification of Charges on July 22, 2022 and his Answer was originally due on August 11, 2022. On August 4, 2022, he filed a motion seeking an extension of time to file his Answer until September 1, 2022.  Over Disciplinary Counsel's objection, the Chair of this Hearing Committee granted Respondent's motion on August 8, 2022 and ordered that Respondent file his Answer on or before 5 p.m. on September 1, 2022.   Accordingly, the request to decide the motion before September 1, 2022 (or, to the extent Mr. Clark is seeking it, to grant another extension beyond the date he requested in his previous motion) is DENIED.

As provided in the Chair's August 8, 2022 Order, Respondent must file his Answer on or before 5 p.m. on September 1, 2022.  The Chair will consider the deferral motion and opposition filed to it in accordance with the schedule set forth in Rule 4.2.

2

                    HEARING COMMITTEE NUMBER TWELVE

By: _____
      Merril Hirsh
      Chair

cc:
Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com
hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org

3