# EXHIBIT A-19

# DISTRICT OF COLUMBIA COURT OF APPEALS
# BOARD ON PROFESSIONAL RESPONSIBILITY



RECEIVED
Sep 1 2022 4:52pm
Board on Professional Responsibility

| | |
|---|---|
| In the Matter of | |
| JEFFREY B. CLARK | Disciplinary Docket No. |
| A Member of the Bar of the District of Columbia Court of Appeals | 2021-D193 |
| Bar No. 455315 | |
| Date of Admission: July 7, 1997 | |

## MOTION TO FILE UNDER SEAL

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and requests that his Request for Deferral under Board Rule 4.2 be filed under seal. This Board has previously ordered that references to the sealed proceedings in the Court of Appeals should likewise be under seal in these proceedings. *See* August 8, 2022 Order at 3 (Confidential Appendix). The Request for Deferral relates in substantial part to the sealed proceedings in the Court of Appeals. Respondent therefore respectfully requests that the Board place the Request to Defer under seal pursuant to the August 8 order.

Disciplinary Counsel correctly pointed out that this Motion to File Under Seal did not accompany the filing of the Request to Defer, and so it is submitted herewith with the request that it be applied to the filing of the Request to defer.

Respectfully submitted this 1 day of September, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

**Motion for pro hac vice admission before DCCA in progress*

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission before DCCA in progress*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this *Motion to File Under Seal* by U.S. First Class Mail with sufficient postage thereon to insure delivery, and by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 1 day of September, 2022.

                                              */s/ Charles Burnham*
                                              Charles Burnham
                                              DC Bar No. 1003464

1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com