# EXHIBIT A-32

# DISTRICT OF COLUMBIA COURT OF APPEALS

# BOARD ON PROFESSIONAL RESPONSIBILITY



RECEIVED
Sep 1 2022 4:55pm
Board on Professional Responsibility

| | |
|---|---|
| In the Matter of | |
| JEFFREY B. CLARK | Disciplinary Docket No. |
| A Member of the Bar of the District of Columbia Court of Appeals | 2021-D193 |
| Bar No. 455315 | |
| Date of Admission: July 7, 1997 | |

## MOTION TO FILE ANSWER UNDER SEAL

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and requests that his Answer be filed under seal. █████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████

Respectfully submitted this 1 day of September, 2022.

/s/ *Charles Burnham*  
Charles Burnham  
DC Bar No. 1003464  
Burnham and Gorokhov, PLLC  
1424 K Street, NW  
Suite 500  
Washington DC 20005  

Robert A. Destro*  
Ohio Bar #0024315  
4532 Langston Blvd, #520  
Arlington, VA 22207  
202-319-5303  
robert.destro@protonmail.com  

*Motion for pro hac vice admission*

(202) 386-6920
charles@burnhamgorokhov.com

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this *Motion to File Answer Under Seal* by U.S. First Class Mail with sufficient postage thereon to insure delivery, and by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 1 day of September, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464

1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com