# EXHIBIT A-36

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**BOARD ON PROFESSIONAL RESPONSIBILITY**

Under Seal



RECEIVED

Aug 17 2022 8:53am

Board on Professional
Responsibility

| | |
|---|---|
| In the Matter of | |
| **JEFFREY B. CLARK** | **Disciplinary Docket No.** |
| **A Member of the Bar of the District of Columbia Court of Appeals** | **2021-D193** |
| | **UNDER SEAL** |
| **Bar No. 455315** | |
| **Date of Admission: July 7, 1997** | |

**NOTICE AND INCORPORATED MOTION
TO SEAL**

Respondent hereby gives notice to the Board of the attached and lodged

██████████████████████████████████

████████████████████████████████

███████████████████████████████████

█████  ███████████████████████████

███████████████████

███████████████████████████████

█████████████████████████████████

██████████████████████████████████

████████████

This Board has previously ordered ███████████████

████████████████████████████████████████████

████████. *See*, August 8, 2022 Order at 3 (Confidential Appendix).  This

pleading and its attachments relate ████████████████████████

████████████ Respondent therefore respectfully requests that the Board

receive this pleading under seal pursuant to the August 8 order.

Respectfully submitted this 16th day of August, 2022.


/s/ *Charles Burnham*

Charles Burnham                                  Robert A. Destro*
DC Bar No. 1003464                           Ohio Bar #0024315
Burnham and Gorokhov, PLLC          4532 Langston Blvd, #520
1424 K Street, NW                              Arlington, VA 22207
Suite 500                                            202-319-5303
Washington DC 20005                         robert.destro@protonmail.com
(202) 386-6920                                    *Motion for pro hac vice admission*
charles@burnhamgorokhov.com        ████████████████████


Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com
* *Motion for pro hac vice admission before*
████████████████

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this ***Reply in Support of Motion for Extension of Time*** by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 16 day of August, 2022.

*/s/ Charles Burnham*
Charles Burnham
DC Bar No. 1003464
1424 K Street, NW
Suite 500
Washington DC 20005
(202)3866920

charles@burnhamgorokhov.com

███████████████████████

/s/ *Charles Burnham*

Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

**Motion for pro hac vice admission in progress*

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission in progress*

13

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party

with  a  copy  of  this  ██████████████████████████████████████████

███████████████████████████████████████████████████████████

███████ by email addressed to:

Hamilton P. Fox
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This 11 day of August, 2022.

/s/ Charles Burnham
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202)3866920
charles@burnhamgorokhov.com

**Subject: FW: Public Specification of Charges (Clark)**
From: Lynch, Sarah N. (Reuters) - To: JEFFREY.B.CLARK@GMAIL.COM, hmacdougald@ccedlaw.com - Cc: - Date: July 22, 2022
at 10:08 AM, Attachments: Spec. Jeffrey B. Clark.pdf

Jeff & Harry,

Do you have any response to these charges?
Please email if possible.
I am in court, covering the Bannon trial, so unable to take calls at this time.

Best,
Sarah

202 579 0289

---

**From:** Lawrence Bloom <blooml@dcodc.org>
**Sent:** Friday, July 22, 2022 10:01 AM
**To:** David McAfee <dMcAfee@bloombergindustry.com>; Katelyn Polantz
<katelyn.polantz@warnermedia.com>; Scarcella, Mike (Reuters) <Mike.Scarcella@thomsonreuters.com>;
Lynch, Sarah N. (Reuters) <Sarah.N.Lynch@thomsonreuters.com>; Tierney Sneed
<tierney.sneed@warnermedia.com>; Vanessa Blum <vblum@alm.com>
**Cc:** Phil Fox <FoxP@dcodc.org>; Angela Thornton <thorntona@dcodc.org>
**Subject:** [EXT] Public Specification of Charges (Clark)

 **External Email:** Use caution with links and attachments.

Lawrence K. Bloom
Senior Staff Attorney
Office of Disciplinary Counsel
515 Fifth Street, NW
Building A, Room 117
Washington, DC 20001
(202) 638-1501 ext. 1744

**Exhibit A**