# EXHIBIT A-44

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY



In the Matter of:           :
                            :
JEFFREY B. CLARK,           :
                            :   Board Docket No. 22-BD-039
Petitioner.                 :   Disciplinary Docket No. 2021-D193
                            :
A Member of the Bar of the  :
District of Columbia Court of Appeals  :
(Bar Registration No. 455315)  :

## ORDER

On August 8, 2022, the Board granted both parties motions for protective order to prevent the disclosure of "Confidential Information," which was defined as information that "refers to the existence of and any proceedings in *In re Confidential (JBC)*, D.C. App. No. 21-BS-0059", a then-sealed subpoena enforcement proceeding pending in the Court of Appeals. Order, *In re Clark*, 22-BD-039 (BPR Aug. 8, 2022). Pursuant to that Order, and a September 2, 2022 order implementing the August 8 Order, the parties filed under seal documents that disclosed Confidential Information. *See* Order, *In re Clark*, 22-BD-039 (BPR Sept. 2, 2022).

On September 15, 2022, the Court of Appeals granted Disciplinary Counsel's motion to unseal the subpoena enforcement proceeding. Order, *In re Clark*, D.C. App. No. 22-BG-059 (D.C. Sept. 15, 2022) ("Because Disciplinary Counsel has now filed a petition and specification of charges pursuant to D.C. Bar R. XI, § 8(c), D.C. Bar R. XI, § 17(a) no longer applies.").

Upon consideration of the foregoing, and it appearing that the basis for the August 8, 2022 Order no longer exists because the previously-sealed subpoena enforcement proceeding is now public, it is hereby, *sua sponte*

ORDERED that the August 8, 2022 Order is vacated; and it is further

ORDERED that the Office of the Executive Attorney shall within two days of this order

make publicly available all documents previously filed under seal pursuant to the August 8, 2022 Order; and it is further

ORDERED that the Office of Executive Attorney shall attach a cover sheet to each document previously filed under seal, stating that "The attached document was originally filed under seal, but it is no longer sealed pursuant to a September 15, 2022 Board Order."

BOARD ON PROFESSIONAL RESPONSIBILITY

By: _____
Lucy Pittman
Chair

cc:

Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com
hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org