# EXHIBIT A-45

# 𝔇istrict of 𝔠olumbia
# 𝔠ourt of 𝔄ppeals



**No. 22-BG-059**

IN RE JEFFREY B. CLARK

A Member of the Bar of the
District of Columbia Court of Appeals      **DDN2021-D193**
**Bar Registration No. 445315**             **Board Docket No.: 22-BD-39**

BEFORE: Glickman and Howard, Associate Judges, and Steadman, Senior Judge.

## O R D E R
(FILED— September 15, 2022)

This matter began as a sealed motion to enforce a subpoena duces tecum to assist in the investigation of a potential disciplinary violation,  respondent then filed motions for leave to file his lodged opposition that exceeded the page limits and a motion to quash that was opposed by Disciplinary Counsel to which respondent filed a reply; Disciplinary Counsel filed a motion to supplement the record, respondent filed a response and Disciplinary Counsel filed a reply; Disciplinary Counsel then filed a motion to unseal the case stating that it had filed a petition and specification of charges that has been sent to a Hearing Committee (2022 BDN 39) but still seeks enforcement of the subpoena duces tecum to assist in presenting its case, respondent opposes and filed a motion to stay the proceedings before the Hearing Committee pending resolution of this matter that is opposed by Disciplinary Counsel and respondent filed a reply, and finally respondent has filed a D.C. App. R. 28(k) letter, it is

ORDERED that respondent's motions for leave to file his opposition are granted.  It is

FURTHER ORDERED that Disciplinary Counsel's motion to supplement the motion is granted.  It is

No. 22-BG-59

FURTHER ORDERED that the motion to unseal is granted and the case number and caption are changed as reflected in this order. Because Disciplinary Counsel has now filed a petition and specification of charges pursuant to D.C. Bar R. XI, § 8(c), D.C. Bar R. XI, § 17(a) no longer applies. Any request for a protective order must be made to the Hearing Committee pursuant to D.C. Bar R. XI, § 17(d). It is

FURTHER ORDERED that respondent's motion to stay the disciplinary proceedings is denied. It is

FURTHER ORDERED that respondent's motion to quash the subpoena is denied. D.C. Bar R. XI, § 18(c) requires that all motions to quash a subpoena must be heard and decided by a Hearing Committee designated by the Executive Attorney. It is

FURTHER ORDERED that because disciplinary proceedings have been initiated the pending subpoena issued pursuant to D.C. Bar R. XI, § 18(b) no longer applies. D.C. Bar R. XI, § 18(a) provides that once formal disciplinary proceedings are initiated the subpoena to compel attendance and production of documents may be issued by either Disciplinary Counsel or a member of the Hearing Committee. By reaching this resolution we express no opinion on whether the subpoenas was properly served. Therefore, the motion to compel is denied as moot.

**PER CURIAM**

Copies e-served to:

Charles Burnham, Esquire

Hamilton Fox, Esquire
Disciplinary Counsel

**No. 22-BG-59**

Jason Horrell, Esquire
Office of Disciplinary Counsel

James Phalen, Esquire
Executive Attorney - BPR

Lucy Pittman, Esquire
Chair - BPR