# EXHIBIT A-46

# DISTRICT OF COLUMBIA COURT OF APPEALS
# BOARD ON PROFESSIONAL RESPONSIBILITY



| | |
|---|---|
| In the Matter of | |
| JEFFREY B. CLARK | Disciplinary Docket No. |
| A Member of the Bar of the District of Columbia Court of Appeals | 2021-D193 |
| Bar No. 455315 | |
| Date of Admission: July 7, 1997 | |

## MOTION REGARDING PUBLICLY AVAILABLE FILINGS

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and respectfully asks the responsible officials with the Board of Professional Responsibility to address the following issue regarding the publicly available filings in this case:

Attached hereto as Exhibit A is the list of publicly available filings in this case as of 6:32 PM on September 14, 2022.

Respondent's counsel received multiple media inquiries on September 14, 2022, regarding these documents.

The publicly available documents on this web page are far less than all those in the docket that should be on there under the prior orders in this case. For example, the Committee Chair's Report and Recommendation on the Respondent's

Request for Deferral is posted, but the Request for Deferral and ODC's response thereto are not posted.

Nor is the Motion to Recuse former Board Chair Matthew Kaiser publicly available.

Nor is Respondent's Motion to Dismiss and Brief in Support, ODC's Omnibus Response, or Respondent's Reply in Support of the Motion to Dismiss.

The incomplete public record is creating a misleading impression in the reporters who are following this case, and likely in any reporting they may publish, and in turn in the public as to the arguments of the parties and proceedings in this case. Public reporting without the Respondent's arguments available for context would unduly prejudice the interests and public reputation of the Respondent. ODC and the Board Chair have emphasized the public's interest in the proceedings as a reason why they should be public with only limited redactions for certain Confidential Information as previously ordered. An incomplete and therefore misleading set of redacted public filings frustrates rather than advances this policy. Therefore, Respondent respectfully requests that if the redacted filings in this case are to be made public, then all redacted filings suitable for public disclosure should be made public, and not the incomplete and misleading set of those redacted filings reflected in Exhibit A.

In making this request, Respondent does not waive and indeed, while recognizing the Board Chair has already ruled on this issue, reasserts his position that this entire proceeding should be under seal, as argued in other filings. If it were under seal this problem would not exist.

Respondent respectfully requests that this problem be corrected expeditiously.

Respectfully submitted this 14 day of September, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

*Motion for pro hac vice admission in progress*

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission in progress*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this pleading by email:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 14 day of September, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com