# EXHIBIT A-50

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY
HEARING COMMITTEE NUMBER TWELVE

FILED

Sep 29 2022 3:17pm

Board on Professional Responsibility

In the Matter of: :
:
JEFFREY B. CLARK :
: Board Docket No. 22-BD-039
Respondent. : Disciplinary Docket No. 2021-D193
:
A Member of the Bar of the :
District of Columbia Court of Appeals :
(Bar Registration No. 455315) :

ORDER

PLEASE TAKE NOTICE THAT a pre-hearing conference will be held in the above-captioned matter at **9:30 a.m.** on **October 6, 2022,** via Zoom videoconference, in accordance with Board Rule 7.24, and will be live-streamed on the Hearing Committees' YouTube channel. Disciplinary Counsel and Respondent and/or his counsel shall appear promptly at that time. The parties are directed to avoid scheduling conflicting matters and shall inform any court or administrative agency of this prior commitment to the disciplinary system.

Prior to the pre-hearing conference, the parties are directed to meet and confer with respect to scheduling the evidentiary hearing of this matter during one of the following sets of dates November 14-18, December 6-9, or December 12-16, 2022**.** If the dates listed above are not mutually available, the parties shall make reasonable efforts to agree on hearing dates reasonably close to the dates above. When considering scheduling, the parties are reminded that subpoenas are available to compel the attendance of witnesses, and witness testimony may be taken from a remote location pursuant to Board Rule 11.4. The parties are further reminded to allow time for opening statements and closing arguments when estimating the time necessary for the hearing.

**No later than three days** before the date set for the pre-hearing conference, Disciplinary Counsel shall file a statement setting forth the agreed hearing date(s), as well as the agreed

deadlines for filing and serving (a) proposed documentary exhibits and objections thereto, (b) witness lists, (c) stipulations, (d) any motions to present testimony remotely, and (e) any other pre-hearing filings. These deadlines should comply with Board Rules 7.17, 7.18, and 11.4(a)(ii), absent good cause shown.

If the parties are able to reach agreement on the hearing dates and all pre-hearing deadlines, they may request that the pre-hearing conference be cancelled. Such a request should be included in Disciplinary Counsel's statement. Absent such a request, the pre-hearing will be held at the time noted above.

If the parties are unable to agree on hearing dates, Disciplinary Counsel's statement shall set forth its preferred hearing dates as well as Respondent's preferred hearing dates.

The parties are further advised that Respondent's Motion to Dismiss and Brief in Support, Disciplinary Counsel's Omnibus Response to Respondent's September 1, 2022 Pleadings, and Respondent's Reply Brief in Support of Motion to Dismiss shall be taken under advisement and the Hearing Committee shall include in its Report and Recommendation a proposed disposition of the motion and the reasons therefor. *See* Board Rule 7.16(a); *see also In re Ontell*, 593 A.2d 1038, 1040 (D.C. 1991) (court disagreed with Respondent's argument "that the Hearing Committee should have granted his motion to dismiss, or, at least, should have ruled on the motion rather than refusing to entertain it" and reiterated that "Hearing Committees [are required] to defer rulings on substantive motions and to include recommendations on such motions in their reports to the Board").

2

The Office of the Executive Attorney will provide the parties with a link to connect to the status conference.

It is so Ordered.

                          HEARING COMMITTEE NUMBER TWELVE

                          By: _____
                                Merril Hirsh
                                Chair

cc:

Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com
hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org

3