# EXHIBIT A-52

DISTRICT OF COLUMBIA COURT OF APPEALS
BOARD ON PROFESSIONAL RESPONSIBILITY
HEARING COMMITTEE NUMBER TWELVE

FILED

Oct 4 2022 2:37pm

Board on Professional Responsibility

In the Matter of:                                    :
                                                     :
    JEFFREY B. CLARK                                 :
                                                     :
Respondent.                                          :   Board Docket No. 22-BD-039
                                                     :   Disciplinary Docket No. 2021-D193
A Member of the Bar of the                           :
District of Columbia Court of Appeals                :
(Bar Registration No. 455315)                        :

ORDER

Upon consideration of the parties' statements regarding case scheduling, filed on October 3, 2022, it appears that the hearing in this matter cannot be held on the hearing dates proposed in the September 29, 2022 Order. As such, the parties shall appear at the October 6, 2022 pre-hearing conference prepared to discuss hearing dates in January 2023. The parties shall also be prepared to discuss a process for resolving the discovery issues identified in Respondent's Response to the Order to Set Schedule. *See* Board Rule 3.2 (Discovery from Non-Parties); *see generally* Board Rules 3.1-3.16 (Discovery and Preservation of Testimony).

It is so Ordered.

HEARING COMMITTEE NUMBER TWELVE

By: _____
       Merril Hirsh
       Chair

cc:

Jeffrey Clark, Esquire
c/o Charles Burnham, Esquire
Robert A. Destro, Esquire
Harry W. MacDougald, Esquire
charles@burnhamgorokhov.com
robert.destro@protonmail.com

hmacdougald@ccedlaw.com

Hamilton P. Fox, III, Esquire
Jason R. Horrell, Esquire
Office of Disciplinary Counsel
foxp@dcodc.org
horrellj@dcodc.org