# EXHIBIT B-5

**District of Columbia Court of Appeals**

# Appellate E-Filing System
C-Track, the browser based CMS for Appellate Courts

Charles Burnham
Logout

| Cases | E-Filing | Account |

Find Case...

## Cases
- Case Search
- Participant Search

### Case Information: 22-BG-0059

| | | | |
|---|---|---|---|
| **Short Caption:** | IN RE JAMES B. CLARK, BAR REGISTRATION NO. 445315, BOARD DOCKET NO. 22-BD-39 | **Classification:** | Bar Governance - Bar - Sealed - Disciplinary |
| **Superior Court or Agency Case Number:** | DDN2021-D193 | **Filed Date:** | 02/03/2022 |
| **Opening Event Date:** | 02/03/2022 | **Case Status:** | Decided/Dismissed |
| **Record Completed:** | | **Post-Decision Matter Pending:** | |
| **Briefs Completed:** | | | |
| **Argued/Submitted:** | | | |
| **Disposition:** | | **Next Scheduled Action:** | |
| **Mandate Issued:** | | | |

E-File on this case

### Party Information

| Appellate Role | Party Name | IFP | Attorney(s) | Arguing Attorney | E-Filer |
|---|---|---|---|---|---|
| Petitioner | Bar Counsel | N | Hamilton P. Fox | N | Y |
| | | | Jason Horrell | N | Y |
| Petitioner | Board on Professional Responsibility | N | James T. Phalen | N | Y |
| | | | Lucy E. Pittman | N | Y |
| Respondent | Jeffrey B. Clark | N | Charles Burnham | N | Y |

### Events

| Event Date | Status | Description | Result | PDF |
|---|---|---|---|---|
| 02/03/2022 | Filed | Bar Counsel's Motion To Enforce Subpoena duces tecum. | | |
| 02/14/2022 | Filed | Appearance by Charles Burnham, Esquire. (Respondent) | | |
| 02/14/2022 | Filed | Consent Motion For Extension Of Time to File opposition. (Respondent) | Granted | |
| 02/15/2022 | Filed | Order Granting Motion for extension of time to file opposition. | | |
| 02/15/2022 | Filed | Consent Motion to Exceed Length Limitations. (Respondent) | Granted | |
| 02/15/2022 | Filed | Response to Motion to Compel and Cross-Motion to quash. (Respondent) | | |
| | | Disciplinary Counsel's Reply to Respondent's Opposition | | |

| Date | Type | Description | Disposition |
|---|---|---|---|
| 02/18/2022 | Filed | to Motion to compel and Cross motion to quash subpoena: Additional Factual Statements (Petitioner Bar Counsel) | Denied as Moot |
| 02/21/2022 | Filed | Reply in Support of Cross-motion to Quash. | |
| 03/11/2022 | Filed | Consent Motion for leave to supplement the record. (Petitioner Bar Counsel) | Granted |
| 03/14/2022 | Filed | Response to Disciplinary counsel's consent motion for leave to supplement the record .(Respondent) | |
| 03/17/2022 | Filed | Motion for Leave to Reply to Respondent's March 15, 2022, Pleading (Petitioner Bar Counsel) | Granted |
| 08/04/2022 | Filed | Motion to Unseal (Petitioner Bar Counsel) | Granted |
| 08/11/2022 | Filed | Answer/Response to Motion to unseal (Respondent) | |
| 08/15/2022 | Filed | Disciplinary Counsel's opposition to respondent's cross-motion to stay proceedings before the Board on Professional Responsibility pending resolution in this court (Petitioner Bar Counsel) | |
| 08/18/2022 | Filed | Reply brief in support of Cross motion to Stay proceedings before the Board Of Professional responsibility pending resolution in this court. (Respondent) | |
| 08/31/2022 | Lodged | Letter Received submitting relevant supplemental authority. (Respondent) | |
| 09/15/2022 | Filed | ORDER granting the motion to unseal, denying motion to quash the subpoena, and denying motion to compel as moot. | |