# EXHIBIT B-7

**IN THE DISTRICT OF COLUMBIA COURT OF APPEALS**

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| CONFIDENTIAL (J.B.C.), ESQ. ) | |
| ) | NO. 22-BS-0059 |
| Respondent. ) | |
| ) | |
| A Member of the Bar of the District ) | |
| Of Columbia Court of Appeals ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE OF COUNSEL**

The Court will please note the appearance of undersigned counsel on behalf of Respondent.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Respondent*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

                                            Respectfully Submitted,

                                            By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com