# EXHIBIT B-8

IN THE DISTRICT OF COLUMBIA COURT OF APPEALS

Clerk of the Court
Received 02/14/2022 11:45 PM
Filed 02/14/2022 11:45 PM

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| CONFIDENTIAL (J.B.C.), ESQ. ) | |
| ) | NO. 22-BS-0059 |
| Respondent. ) | |
| ) | UNDER SEAL |
| A Member of the Bar of the District ) | |
| Of Columbia Court of Appeals ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**

Comes now the Respondent, pursuant to Rule 27, and moves for a brief extension of time to file his response to disciplinary counsel's Motion to Enforce Subpoena Duces Tecum. Respondent asserts as follows:

1. Respondent received Disciplinary Counsel's motion via email on February 5. The Motion to Enforce addresses substantive issues raised in prior correspondence between the parties including Fifth Amendment privilege, Act of Production privilege, service of process and Executive privilege.

2. Respondent requires a modest extension to prepare a substantive response to assist the Court in deciding this motion.

3. Undersigned counsel conferred with Disciplinary Counsel who agreed to a response date of February 15th..

For the foregoing reasons, Respondent respectfully requests that this Court extend the time to file Respondent's response to the Motion to Enforce until February 15.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham DC Bar # 1003464
*Attorney for the Respondent*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on opposing counsel via email.

Respectfully Submitted,

By: /s/ *Charles Burnham*
Charles Burnham
DC Bar # 1003464.
*Attorney for the Respondent*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com