# EXHIBIT B-9

**The Order Granting Motion for Extension of Time to File Opposition could not be downloaded from the DC Court of Appeals online system.  We can supplement the record with an official copy if necessary.**