# EXHIBIT B-10

**IN THE DISTRICT OF COLUMBIA COURT OF APPEALS**

In the Matter of⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
CONFIDENTIAL (J.B.C.), ESQ.⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀Respondent.⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
A Member of the Bar of the District⠀)
⠀Of Columbia Court of Appeals⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀Defendant.⠀⠀⠀⠀⠀⠀)

NO.  22-BS-0059

UNDER SEAL

Clerk of the Court
Received 02/15/2022 05:49 PM
Filed 02/15/2022 05:49 PM

**CONSENT MOTION TO EXCEED LENGTH LIMITATIONS**

⠀⠀⠀⠀Comes now the Respondent, pursuant to Rule 27, and moves for permission to exceed the normal length limitations for a response brief.  Respondent asserts as follows:

1.⠀⠀Respondent is preparing to file a response to Office of Disciplinary Counsel's (ODC) Motion to Enforce Subpoena.

2.⠀⠀Respondent is a former Senate confirmed political appointee of the last Presidential Administration.  ODC's investigation of Respondent comes as a result of a highly unusual request from a sitting United Senator of the opposite political party.

3.⠀⠀The ODC's investigation and resulting subpoena raise a number of legal issues, both straightforward and novel.  Some of these require extended discussion.

4.⠀⠀In addition to the legal issues, Respondent raises a service of process argument which requires a relatively detailed discussion of communications between the parties leading up to ODC's Motion to Enforce.

5.⠀⠀After extensive editing by Respondent's counsel, it has been determined that

the response will exceed the normal 20-page limitation by approximately 8 pages.

6.    Respondent therefore asks for a modest waiver from this Court of the normal page limit.

7.    Disciplinary counsel does not object to this request.

For the foregoing reasons, Respondent respectfully requests that this allow him to file a response brief approximately 28 pages in length.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham DC Bar # 1003464
*Attorney for the Respondent*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on opposing counsel via the Court's efiling system.


Respectfully Submitted,


By: /s/ *Charles Burnham*
Charles Burnham
DC Bar # 1003464.
*Attorney for the Respondent*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com