# EXHIBIT B-14



UNDER SEAL

DCCA No. 22-BS-0059

DISTRICT OF COLUMBIA
COURT OF APPEALS

Clerk of the Court
Received 03/11/2022 01:38 PM
Filed 03/11/2022 01:38 PM

| | |
|---|---|
| In the Matter of : <br> : <br> CONFIDENTIAL (J.B.C.), ESQ. : <br> : <br> Respondent, : <br> : <br> A Member of the Bar of the District : <br>   of Columbia Court of Appeals. : <br> Bar Number: 455315 : <br> Date of Admission:  July 7, 1997 : <br> _____ : | Disciplinary Docket No. 2021-D193 |

### CONSENT MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Disciplinary Counsel moves to supplement the record of the February 3, 2022, Motion to Enforce Subpoena *Duces Tecum*.  Respondent does not object to this motion being granted but reserves all rights to respond.

On February 28, 2022, Disciplinary Counsel served Respondent personally with a subpoena *deuces tecum*, returnable March 14, 2022.  The subpoena is identical to the one attached to the Motion to Enforce, except for the date of the subpoena and the return date.  Respondent has informed Disciplinary Counsel that he continues to assert the objections that he has raised in his Opposition to the Motion to Enforce

and his Cross-Motion to Quash the Subpoena and will not produce the subpoenaed documents on March 14, 2022.

Respectfully submitted,

*Hamilton P. Fox, III*

_____
Hamilton P. Fox, III
Disciplinary Counsel
Bar Registration No. 113050


**/s/ Jason R. Horrell**_____
Jason R. Horrell
Assistant Disciplinary Counsel
Bar Registration No. 1033885

OFFICE OF DISCIPLINARY COUNSEL
515 5th Street, N.W.
Building A, Room 117
Washington, D.C.  20001
202-638-1501

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2022, I caused a copy of the foregoing *Consent Motion for Leave to Supplement the Records* to be served on the Respondent's counsel, Harry W. MacDougald, Esq., by email to hmacdougald@CCEDlaw.com, and by first-class U.S. mail to Harry W. MacDougald, Esq., Caldwell, Carlson, Elliott & DeLoach, LLP, Two Ravinia Drive, Suite 1600, Atlanta, GA 30345, to Robert Destro via email at Robert.destro@protonmail.com, and to Charles Burnham via email at charles@burnhamgorokhov.com.

*Hamilton P. Fox, III*

_____

Hamilton P. Fox, III