# EXHIBIT C



Charles Burnham <charles@evgpllc.com>

## Clark

**Harry MacDougald** <hmacdougald@ccedlaw.com>                    Mon, Oct 3, 2022 at 2:57 PM
To: Phil Fox <foxp@dcodc.org>
Cc: "robert.destro@protonmail.com" <robert.destro@protonmail.com>, Charles Burnham
<charles@burnhamgorokhov.com>

Phil:

Here you go.

-----
Harry W. MacDougald
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, Georgia 30346
404-843-1956
Direct: 404-843-4109

From: hmacdougald@ccedlaw.com <hmacdougald@ccedlaw.com>
Date: October 3, 2022 at 2:08:40 PM
To: Phil Fox <foxp@dcodc.org>
Subject:  RE: [EXT]Re: Clark

Thanks for the quick response.

We'll be back to you by 3.

-----
Harry W. MacDougald
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, Georgia 30346
404-843-1956
Direct: 404-843-4109

From: Phil Fox <foxp@dcodc.org>
Date: October 3, 2022 at 1:32:27 PM
To: Harry MacDougald <hmacdougald@ccedlaw.com>
Subject:  RE: [EXT]Re: Clark

I am not going to agree that you can seek judicial review of the

jurisdictional issues before the hearing.  We do not conduct depositions or take written or recorded statements from the witnesses.  I agree that you are entitled to any exculpatory information, but we have none. 4:15 is too late.  If you can't get me an answer as to the proposed dates by 3:00 and if they are unavailable, when available dates might be, I will simply attach these emails to the statement I file and suggest that the Chair take the matter up at Thursday's hearing.

[Quoted text hidden]

---

 **Response to Order to Set Schedule Final.docx**
27K