# EXHIBIT E -- KEY TO EXHIBITS A & B

**EXHIBIT A -- BOARD FILINGS FROM CHARGES FORWARD**

| Date | Title of Document | Exhibit # |
|---|---|---|
| Current as of 10-14-22* | Informal Rough Docket Sheet | A-1 |
| 7/19/2022 | Specification of Charges | A-2 |
| 7/27/2022 | Affidavit of Service** | A-3 |
| 8/4/2022 | Motion for Extension of Time | A-4 |
| 8/4/2022 | Motion for Leave to File Under Seal | A-5 |
| 8/4/2022 | Disciplinary Counsel's Opposition to Respondent's Motion for Extension (Under Seal) | A-6 |
| 8/5/2022 | Motion to File Reply Under Seal | A-7 |
| 8/5/2022 | Motion to Place Motion for Extension Under Seal | A-8 |
| 8/5/2022 | Reply in Support Of Motion For Extension Of Time (Under Seal) | A-9 |
| 8/8/2022 | Hearing Committee Order - Granting Motion for Extension | A-10 |
| 8/8/2022 | Board Order - Ruling on Motions to File Under Seal (With Confidential Appendix) | A-11 |
| 8/8/2022 | Disciplinary Counsel's Opposition to Respondent's Motion for Extension (With Redactions) | A-12 |
| 8/11/2022 | Motion to Recuse Board Member Matthew Kaiser | A-13 |
| 8/11/2022 | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal | A-14 |
| 8/17/2022 | Notice and Incorporated Motion to Seal | A-15 |
| 8/29/2022 | Request for Deferral Under Board Rule 4.2 | A-16 |
| 8/31/2022 | Hearing Committee Order - Denying Request that Motion be Ruled on Before September 1st | A-17 |
| 8/31/2022 | Disciplinary Counsel's Opposition to Request for Deferral | A-18 |
| 9/1/2022 | Motion to File Under Seal (Motion to Defer) | A-19 |
| 9/1/2022 | Motion to Dismiss and Brief in Support | A-20 |
| 9/1/2022 | Answer of Respondent | A-21 |
| 9/1/2022 | Motion to File Answer Under Seal | A-22 |
| 9/1/2022 | Motion to File Motion to Dismiss Under Seal | A-23 |
| 9/2/2022 | Board Order - Regarding Redactions | A-24 |
| 9/2/2022 | Final Redactions re 2022-08-04 Disciplinary Counsel's Opposition | A-25 |
| 9/2/2022 | Final Redactions re 2022-08-05 Reply in Support Of Motion For Extension of Time | A-26 |
| 9/2/2022 | Final Redactions re 2022-08-04 Motion for Extension of Time | A-27 |
| 9/2/2022 | Board Order - Regarding Redactions (Redacted) | A-28 |
| 9/6/2022 | Opposition to Respondent's "Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal" | A-29 |
| 9/6/2022 | UNDER SEAL Disciplinary Counsel's Omnibus Response to Respondent's September 1, 2022 Pleadings | A-30 |

| Date | Title of Document | Exhibit # |
|---|---|---|
| | REDACTED - Disciplinary Counsel's Omnibus Response to Respondent's September 1, 2022 Pleadings | A-31 |
| 9/8/2022 | Motion to File Answer Under Seal_Redacted | A-32 |
| 9/8/2022 | Answer of Respondent_Redacted | A-33 |
| 9/8/2022 | Request for Deferral Under Board Rule 4.2_Redacted | A-34 |
| 9/8/2022 | Motion to File Under Seal (Motion for Deferral)_Redacted | A-35 |
| 9/8/2022 | Notice and Incorporated Motion to Seal_Redacted | A-36 |
| 9/8/2022 | Motion to Dismiss and Brief in Support_Redacted | A-37 |
| 9/8/2022 | Motion to File Under Seal (Motion to Dismiss)_Redacted | A-38 |
| 9/8/2022 | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal (without Attachments)_Redacted | A-39 |
| 9/8/2022 | Sealed Response to the Board's August 8th Sealing Order Including a Call for Affirmative Relief and Incorporated Motion to Seal_Redacted (with attachments) | A-40 |
| 9/12/2022 | REDACTED - Reply Brief in Support of Motion to Dismiss | A-41 |
| 9/12/2022 | UNDER SEAL - Reply Brief in Support of Motion to Dismiss | A-42 |
| 9/12/2022 | Report and Recommendation | A-43 |
| 9/15/2022 | Board Order - unsealing docs sealed pursuant to 8/8/2022 order | A-44 |
| 9/15/2022 | COURT OF APPEALS Mootness, Etc. Order | A-45 |
| 9/15/2022 | WITHDRAWN Motion Regarding Publicly Available Filings | A-46 |
| 9/16/2022 | Board Order - ruling on motion to recuse Kaiser | A-47 |
| 9/20/2022 | Respondent's Withdrawal of Motion Regarding Publicly Available Filings | A-48 |
| 9/27/2022 | Board Order denying request to defer | A-49 |
| 9/29/2022 | Hearing Committee Order - Setting Pre-Hearing Conference | A-50 |
| 10/3/2022 | Statement Concerning Hearing Dates | A-51 |
| 10/4/2022 | Hearing Committee Order - Re Pre-Hearing Conference, What Parties Should be Prepared to Discuss | A-52 |
| 10/6/2022 | Pre-Hearing Transcript | A-53 |
| 10/6/2022 | Subpoena | A-54 |
| 10/12/2022 | Hearing Committee Order - Memorializing Pre-Hearing | A-55 |
| 10/14/2022 | Email from D. O'Neill to P. Fox and Draft Subpoena to D. Smith | A-56 |

\* Items like subpoenas and the DCCA Order of 9/15/22 are not on the Board's rough docket sheet

\*\* We could not find this document.

**EXHIBIT B -- PRE-CASE/PRE-PROSECUTION INVESTIGATION STAGE DOCUMENTS**

| Date | Title of Document | Exhibit # |
|---|---|---|
| 10/7/2021 | Senator Durbin Letter | B-1 |
| 1/31/2022 | H MacDougald to P Fox Letter re Subpoena | B-2 |
| 1/31/2022 | H MacDougald to P Fox Letter re Subpoena re Other Legal Objections | B-3 |

| Date | Description | Exhibit |
|---|---|---|
| 2/3/2022 | P Fox to H. MacDougald Letter re Motion to Enforce (contains 11-22-21 subpoena) | B-4 |
| 10/17/2022 | Official Docket Sheet | B-5 |
| 2/3/2022 | Motion to Enforce (contains 11-22-21 P Fox to J Clark Letter | B-6 |
| 2/14/2022 | Appearance by Charles Burnham | B-7 |
| 2/14/2022 | Consent Motion For Extension Of Time to File opposition | B-8 |
| 2/15/2022 | Order Granting Motion for extension of time to file opposition * | B-9 |
| 2/15/2022 | Consent Motion to Exceed Length Limitations | B-10 |
| 2/15/2022 | Response to Motion to Compel and Cross-Motion to quash** | B-11 |
| 2/18/2022 | Disciplinary Counsel's Reply to Respondent's Opposition to Motion to compel and Cross motion to quash subpoena: Additional Factual Statements | B-12 |
| 2/21/2022 | Reply in Support of Cross-Motion to Quash | B-13 |
| 3/11/2022 | Consent Motion for leave to supplement the record | B-14 |
| 3/14/2022 | Response to Disciplinary counsel's consent motion for leave to supplement the record | B-15 |
| 3/15/2022 | Lodged Protection Motion to Quash at Board | B-16 |
| 3/17/2022 | Motion for Leave to Reply to Respondent's March 15, 2022 Pleading | B-17 |
| 8/4/2022 | Motion to Unseal | B-18 |
| 8/11/2022 | Answer/Response to Motion to unseal & Cross-Mot to Stay | B-19 |
| 8/15/2022 | Disciplinary Counsel's opposition to respondent's cross-motion to stay proceedings before the Board on Professional Responsibility pending resolution in this court | B-20 |
| 8/18/2022 | Reply brief in support of Cross motion to Stay proceedings before the Board Of Professional responsibility pending resolution in this court | B-21 |
| 8/31/2022 | Notice of Supplemental Authority | B-22 |
| 9/15/2022 | Mootness Order | Exh A-45, *supra* |

\* This document could not be downloaded.

\*\* The DCCA docket sheet indicates that this filing was "Lodged," which is not correct. It confuses this filing with a different filing made to the Board, which is listed above.

<u>Charlie Transmitted or I Found?</u>

✓
✓

✓
✓

✓
✓
✓
✓
✓

✓

✓
✓

✓
✓
✓

✓
✓
✓
✓
✓
✓
✓
✓
✓

✓
✓
✓

✓

✓

✓
✓
✓
✓
✓
✓
✓
✓

✓

✓
✓
✓
✓
✓
✓
✓
✓

✓
✓
✓
✓

✓
✓
✓
✓
✓

Transmitted to Me or I Found?
✓
✓

✓

✓
✓
✓

✓

✓
✓

✓
✓
✓
✓

✓

✓

✓