IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF | : |
| | : |
| JEFFREY B. CLARK, | : Case No. 1:22-mc-00096-RC |
| | : |
| Respondent. | : Judge Contreras |
| | : |
| A Member of the Bar of the | : |
| District of Columbia Court of Appeals | : On removal from the D.C. Court of |
| (Bar Registration No. 455315) | : Appeals' Board on Professional |
| | : Responsibility and Committee |
| D.C. Board on Professional Responsibility | : Hearing Committee No. 12 |
| Board Docket Nos. 22-BG-059; 22-BD-03 | : |
| Disciplinary Docket No. 2021-D193 | : |
| | : |

**[PROPOSED] ORDER**

Upon consideration of Disciplinary Counsel's Motion to Remand, any opposition filed thereto, and the record in this matter, it is ORDERED that this case is remanded to the District of Columbia Court of Appeals' Board on Professional Responsibility.

_____
Rudolph Contreras
Judge, U.S. District Court

15