IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF | : |
| JEFFREY B. CLARK, | : Case No. 1:22-mc-00096-RC |
| Respondent. | : Judge Contreras |
| A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315) | : On removal from the D.C. Court of Appeals' Board on Professional Responsibility and Committee |
| D.C. Board on Professional Responsibility Board Docket Nos. 22-BG-059; 22-BD-03 Disciplinary Docket No. 2021-D193 | : Hearing Committee No. 12 |

**[PROPOSED] ORDER**

Upon consideration of Respondent's Motion to Stay Response to Subpoenas and Other Deadlines and Motion to Quash Subpoenas, Disciplinary Counsel's opposition thereto, the record in this matter, and based upon the Court's decision to remand the disciplinary matter to the D.C. Court of Appeals' Board on Professional Responsibility,

It is ORDERED that the Motion to Stay is DENIED; and

It is further ORDERED that the Motion to Quash is DENIED as moot.

_____
Rudolph Contreras
Judge, U.S. District Court