IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of:<br><br>JEFFREY B. CLARK,<br>Respondent.<br><br>(A Member of the Bar of the District of Columbia Court of Appeals<br><br>(Bar Registration No. 455315))<br><br>D.C. Board of Professional Responsibility<br>  Docket Nos. 22-BG-059 & 22-BD-039<br>  Disciplinary Docket No. 2021-D193<br>_____ | Case. No. 1:22-mc-00096-RC<br><br>Judge Contreras<br><br>On removal from the D.C. Court of Appeals' Board of Professional Responsibility |

**ERRATA**

Respondent filed a notice of removal on October 17, 2021. ECF 1. The notice had 81 exhibits.

Respondent has since discovered that Exhibit B-3 (ECF 1-59) was incorrect. Respondent requests to substitute that exhibit with the attached document.

Respectfully submitted, this 21st day of October 2022.

Burnham and Gorokhov, PLLC

/s/ Charles Burnham
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this Motion to Stay Response to Subpoena by email through the Court's electronic filing system and by email addressed to:

Hamilton P. Fox
foxp@dcodc.org
Jason R. Horrell
horrellj@dcodc.org
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This 21 day of October, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com