UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Jeffrey B. Clark )<br>      A member of the Bar of the )<br>      District of Columbia Court of )<br>      Appeals (Bar No. 455315) )<br>      )<br>_____ ) | 1:22-mc-96-RC |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF HARRY W. MACDOUGALD

COMES NOW Charles Burnham, an attorney in good standing and admitted to the Bar of this Court, and respectfully moves for the admission *pro hac vice* of Harry W. MacDougald, Esq. As grounds there, Movant states:

1. Mr. MacDouglad is a member in good standing of the Bar of the State of Georgia admitted before the Supreme Court of Georgia. He is also admitted to practice before various federal courts including the Federal Court of the Northern District of Georgia.

2. Mr. MacDougald was the subject of an private reprimand from his state bar in the 1980's, as described in his declaration at ¶ 4.

3. Movant has worked closely with Mr. MacDougald on several matters and is satisfied that he possesses the character and skills required of a member of the Bar of this Court.

Wherefore, Movant requests admission of Harry MacDougald, *pro hac vice* as co-counsel for Respondent Jeffrey Clark.

      Dated this 24th day of October, 2022.

Respectfully submitted,

/s/ Charles Burnham
Charles Burnham
    D.D.C. Bar No. 1003464
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
(202)-765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this pleading on opposing counsel through EFC.

/s/ Charles Burnham

Charles Burnham
D.D.C. Bar No. 1003464
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
(202)-765-2173
charles@burnhamgorokhov.com