IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No.<br><br>1:22-mc-00096-RC |

## DECLARATION OF HARRY W. MACDOUGALD

I, Harry W. MacDougald, under penalty of perjury, declare as follows:

1. I have been a member in good standing of the Georgia State Bar Association since June, 1985, and have been continuously engaged in the full time practice of law since then. My office address, phone number and email are as follows:

> Harry W. MacDougald
> Georgia Bar No. 453076
> Caldwell, Carlson, Elliott & DeLoach, LLP
> Two Ravinia Drive, Suite 1600
> Atlanta, Georgia 30346
> (404) 843-1956
> hmacdougald@ccedlaw.comHe

2. I am admitted to all trial level courts in Georgia, the Georgia Court of Appeals, the Georgia Supreme Court, the U.S. District Courts for the Northern and Southern District of Georgia, the Eleventh Circuit, the D.C. Circuit, and the U.S.

1

Supreme Court. I was previously admitted to the Sixth and Ninth Circuits for one particular case in each of them, but I have since allowed those to lapse.

3. I have not previously been admitted pro hac vice in the U.S. District Court for the District of Columbia.

4. In approximately 1987 or 1988 (I don't have the exact date because the file is in storage) I received a private letter of reprimand from the Georgia Supreme Court for having served document subpoenas upon non-parties without notice to opposing counsel, in violation of a disciplinary rule as construed by an advisory opinion. I was unaware of the rule at the time I violated it. Upon being apprised of the rule it was obvious I had violated it, so I acknowledged the violation and made prompt written apologies to all counsel and affected witnesses. Opposing counsel had filed a bar complaint before contacting me about the issue, and publicized this fact to the court. The private letter of reprimand was the minimum level of discipline for the acknowledged violation.  There has been no further discipline.

5. I do not practice from an office in the District of Columbia and do not have an application for membership pending with the D.C. Bar. I did apply for pro hac vice admission to the District of Columbia Court of Appeals. That application was not ruled upon before the case was disposed of.

6. A Certificate of Good Standing from the Georgia State Bar issued within the last 30 days is attached hereto.

6. A Certificate of Good Standing from the Georgia State Bar issued within the last 30 days is attached hereto.

7. Pursuant to Rule 83.2(c) of the Local Rules of Civil Procedure, I am eligible to practice before this Court. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules and to comply and to become familiar with the Rules of Civil Procedure.

8. An attorney who is a member of the bar of this Court in good standing has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

Charles Burnham
(D.C. Bar #1003464)
Burnham & Gorokhov, PLLC
1424 K. Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 765-2173
charles@burnhamgorokhov.com

I declare under penalty of perjury that the foregoing is true and correct.

This 21st day of October 20, 2022.

Harry W. MacDougald

3