IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No.<br><br>1:22-mc-00096-RC |

### ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a) and the Court's Order of October 25, 2022, granting the undersigned permission to appear in this case Pro Hac Vice, the undersigned hereby enters his appearance as co-counsel for the Respondent, Jeffrey B. Clark. Counsel's contact information are as follows:

>Harry W. MacDougald
>Georgia Bar No. 463076
>Caldwell, Carlson, Elliott & DeLoach LLP
>Two Ravinia Drive, Suite 1600
>Atlanta, Georgia 30346
>(404) 843-1956
>hmacdougald@ccedlaw.com

Respectfully submitted this 27th day of October 2022.

>/s/ Harry W. MacDougald*
>Harry W. MacDougald
>Georgia Bar No. 463076

Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this *Entry of Appearaance* by filing with the Court's electronic filing system which causes service upon counsel of record and by email addressed to:

Hamilton P. Fox, Esq.
Jason P. Horrell, Esq.
Office of Disciplinary Counsel
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org
horrellj@dcodc.org

David A. O'Neil
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
daoneil@debevoise.com

*Counsel for David G. Smith*

This 27th day of October 2022.

                                                           /s/ Harry W. MacDougald*
                                                           Harry W. MacDougald
                                                           Georgia Bar No. 463076

Caldwell, Carlson, Elliott & DeLoach LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com