# Exhibit "A"



Charles Burnham, Esq.
charles@burnhamgorokov.com
*Licensed to practice in Virginia and the
District of Columbia*

October 20, 2022

Phil Fox, Esq.
Disciplinary Counsel
District of Columbia Bar
Building A, Room 117
515 5th St., N.W.
Washington, D.C. 20001

**VIA EMAIL**

**In re Jeffrey B. Clark, U.S.D.C. D.C. Case No. 1:22-mc-00096-RC**

Dear Mr. Fox:

This letter is in response to your subpoena to Mr. Clark issued October 6, 2022 with a return date of October 21, 2022 at 9:30 AM. This letter is sent via e-mail prior to the time specified for the response.

We tendered Mr. Clark's personal appearance by email on October 20, 2022, but you rejected it by reply email that same date.

Therefore, please consider this as Mr. Clark's response to your October 6, Subpoena.

The caption to your subpoena states as follows:

> NOTICE: THIS SUBPOENA IS ISSUED IN CONNECTION WITH A CONFIDENTIAL INVESTIGATION UNDER THE RULES PROMULGATED BY THIS COURT GOVERNING THE BAR OF THE DISTRICT OF COLUMBIA.

1

  BREACH OF THE CONFIDENTIALITY OF THE INVESTIGATION WILL BE DEEMED AS CONTEMPT OF THIS COURT OR GROUNDS FOR DISCIPLINE UNDER THE AFOREMENTIONED RULES OF THIS COURT.

  Therefore, the October 6 subpoena is an investigative stage subpoena. Investigative stage subpoenas are provided for by Bar Rule XI § 18(b), and are distinct from charge-stage subpoenas.

  In the September 15, 2022 ruling of the D.C. Court of Appeals in Mr. Clark's case, the Court held that "because disciplinary proceedings have been initiated the pending subpoena issued pursuant to D.C. Bar R. XI, § 18(b) no longer applies." Your investigative stage subpoena is issued under the same rule, which no longer applies. Therefore, the subpoena is invalid.

  In further response to the October 6, 2022 subpoena, we incorporate herein by reference the objections asserted to the investigative stage subpoena asserted in Mr. MacDougald's two letters to you of January 31, 2022, as well as the objections and arguments asserted in (1) our briefing on the Motion to Quash in the D.C. Court of Appeals and the lodged Motion to Quash at the level of the Board of Professional Responsibility; (3) our Motion to Dismiss before the Board; and (3) our Motion to Quash in the federal case.

           Sincerely,

           /s/ Charles Burnham

           Burnham & Ghorokov, PLLC

cc  Jeffrey Bossert Clark
   Harry W. MacDougald

2