# Exhibit "B"

STATE OF ILLINOIS, )
) SS.  THE PEOPLE OF THE STATE OF ILLINOIS
Supreme Court )

TO: Douglas G. Smith, Esq., 1649 West Grace Street, Chicago, IL 60613

.....................GREETING:

WE COMMAND YOU, that all business and excuses being laid aside, you and each of you attend before the Special Counsel of the Attorney Disciplinary System on OCTOBER 17, 2022, at 10:00 o'clock A M. at Two Prudential Plaza, 180 N. Stetson Ave, Suite 2050 in the City of Chicago, County of Cook, to testify and give evidence and the truth to speak in a certain investigation now being conducted by said Special Counsel relating to Attorney Jeffrey B. Clark, Esq.

And that you also diligently and carefully search for, examine and inquire after and bring with you and produce at the time and place aforesaid See Attachment together with all copies, drafts and vouchers relating to said documents, and all other documents, letters and paper writings whatsoever, that can or may afford any information or evidence in said investigation. And this you shall in no wise omit under penalty of the law.

WITNESS, CYNTHIA A. GRANT, Clerk of our said Court, and the Seal thereof at Springfield, Illinois, this................................

day of ................................ 20............

Cynthia A. Grant ........Clerk.

No._____

ATTORNEY DISCIPLINARY SYSTEM
OF THE
SUPREME COURT OF ILLINOIS

In the Matter of _____

Subpoena

CYNTHIA A. GRANT  Clerk of
the Supreme Court of Illinois

# ATTACHMENT TO SUBPOENA

*In re Jeffrey B. Clark*
**Board Docket No. 22-BD-039**
**Disciplinary Docket No. 2021-D193**

Produce all documents and records (stored in hard copy or electronically), of which you were aware before January 4, 2021, that contain evidence of irregularities in the 2020 presidential election and that may have affected the outcome in Georgia or any other state. The terms "documents" and "records" should be interpreted broadly to include all recorded materials, whether written or electronic, including statements or declarations of witnesses. Identify the source of any document (including contact information for any persons bringing the document to your attention), how it came to your attention, and the date that it came to your attention. With respect to any witness statements or declarations, provide contact information sufficient to locate the witness. Specify what information of election fraud came to your attention following the announcement of Attorney General Barr on December 1, 2020, that the Department had found no evidence of fraud on a scale that could have affected the results of the presidential election.

Produce any file or collection of materials or correspondence, written or electronic, relating to any efforts that you made, or assisted with in any way, between the November 3, 2020, presidential election and January 4, 2021, to persuade officials of the United States Department of Justice to intervene in the certification by any state, specifically including Georgia, of the results of that election. These materials should include any notes that you took or notes of others that you maintained of meetings or telephone calls relating to this subject. Again, you should err on the side of inclusion.

Attachment to Subpoena continues
*In re Jeffrey B. Clark*
Page 2

      Provide the results of any legal research that you conducted, had conducted, or received before January 4, 2021, that relate to the authority of the United States Department of Justice to intervene in the certification by any state of the results of a presidential election, including the circumstances under which the Department is authorized to intervene, the quantum of proof necessary for such an intervention, the officials within the Department whose responsibility it is to initiate such an intervention, and the form that such intervention should take.  This information should include any research that addresses the responsibility of the Assistant Attorney General of the Civil Division or the Assistant Attorney General of the Environmental and Natural Resources Division to investigate allegations of election fraud.

**DISCIPLINARY COUNSEL WILL ACCEPT DELIVERY OF RESPONSIVE DOCUMENTS TO OUR OFFICE WITHOUT THE NEED FOR A PERSONAL APPEARANCE. PLEASE CONTACT OUR OFFICE BY PHONE AT (202) 638-1501 OR BY EMAIL TO FOXP@DCODC.ORG TO ARRANGE FOR ELECTRONIC TRANSMISSION OF ALL FILES. IF ELECTRONIC TRANSMISSION IS NOT FEASIBLE, THEN PRODUCE RESPONSIVE DOCUMENTS TO THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, TWO PRUDENTIAL PLAZA, 180 NORTH STETSON AVENUE, SUITE 2050, CHICAGO, IL 60601, AT 10:00 A.M. ON OCTOBER 17, 2022.**