APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22−mc−00096−RC
### *Internal Use Only*

| | |
|---|---|
| IN RE: JEFFREY B. CLARK<br>Assigned to: Judge Rudolph Contreras<br> Case:  1:22−mc−00117−RC<br> Related Case:  1:23−mc−00007−RC<br> Case in other court:  USCA for the DC Circuit, 23−07073<br>Cause: MS:NoticeR | Date Filed: 10/17/2022<br>Jury Demand: Defendant<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**In Re**

| | | |
|---|---|---|
| **JEFFREY B. CLARK** | represented by | **Charles Burnham**<br>BURNHAM & GOROKHOV PLLC<br>1424 K St. NW<br>Suite 500<br>Washington, DC 20005<br>202−386−6920<br>Email: charles@burnhamgorokhov.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **JEFFREY B. CLARK**<br>*(A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315)* | represented by | **Harry W. MacDougald**<br>CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP<br>2 Ravinia Drive<br>Suite 1600<br>Atlanta, GA 30346<br>404−843−1956<br>Fax: 404−843−2737<br>Email: hmacdougald@ccedlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charles Burnham**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **D.C. OFFICE OF DISCIPLINARY COUNSEL** | represented by | **Hamilton P. Fox , III**<br>OFFICE OF DISCIPLINARY COUNSEL<br>515 5th Street, N.W.<br>Building A |

Suite 117
Washington, DC 20001
202–638–1501
Email: foxp@dcodc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2022 | 1 | NOTICE OF REMOVAL from DC Court of Appeals (Board of Professional Responsibility), case number 22–BD–039 filed by Jeffrey B Clark. (Attachments: # 1 Exhibit Bar Docket Sheet, # 2 Exhibit Specification of Charges, # 3 Exhibit Affidavit of Service, # 4 Exhibit Motion for Extension, # 5 Exhibit Motion for Leave to File Under Seal, # 6 Exhibit Opposition to Extension, # 7 Exhibit Motion to File Reply Under Seal, # 8 Exhibit Motion to File Under Seal, # 9 Exhibit Reply in Support of Motion for Extension, # 10 Exhibit Hearing Committee Order, # 11 Exhibit Board Order, # 12 Exhibit Opposition to Motion to Redact, # 13 Exhibit Motion to Recuse, # 14 Exhibit Sealed Response, # 15 Exhibit Notice and Motion to Seal, # 16 Exhibit Request for Deferral, # 17 Exhibit Hearing Committee Order, # 18 Exhibit Opposition to Request to Defer, # 19 Exhibit Motion to Seal, # 20 Exhibit Motion to Dismiss, # 21 Exhibit Answer, # 22 Exhibit Motion to File Answer Under Seal, # 23 Exhibit Motion to File Under Seal, # 24 Exhibit Board Order on Redactions, # 25 Exhibit Redacted Opposition, # 26 Exhibit Redacted Response, # 27 Exhibit Redacted Motion for Extension, # 28 Exhibit Redacted Board Order, # 29 Exhibit Opposition to Sealed Response, # 30 Exhibit Omnibus Response, # 31 Exhibit Redacted Omnibus Response, # 32 Exhibit Redacted Motion to File Answer Under Seal, # 33 Exhibit Redacted Answer, # 34 Exhibit Redacted Motion to Defer, # 35 Exhibit Redacted Motion to File Motion to Defer Under Seal, # 36 Exhibit Redacted Notice and Incorporated Motion to Seal, # 37 Exhibit Redacted Motion to Dismiss, # 38 Exhibit Redacted Motion to File Motion to Dismiss Under Seal, # 39 Exhibit Redacted Sealed Response, # 40 Exhibit Redacted Sealed Response, # 41 Exhibit Redacted Response in Support of Motion to Dismiss, # 42 Exhibit Reply Brief in Support of Motion to Dismiss, # 43 Exhibit Report and Rec, # 44 Exhibit Board Order Unsealing, # 45 Exhibit DCCA Order, # 46 Exhibit Motion Regarding Publicly Available Filings, # 47 Exhibit Board Order, # 48 Exhibit Withdrawal of Motion, # 49 Exhibit Board Order Denying Deferral, # 50 Exhibit Hearing Committee Conference, # 51 Exhibit Statement on Hearing Dates, # 52 Exhibit Hearing Committee Order, # 53 Exhibit Prehearing Transcript, # 54 Exhibit Subpoena, # 55 Exhibit Hearing Committee Order, # 56 Exhibit Subpoena to D. Smith, # 57 Exhibit Senator Durbin Letter, # 58 Exhibit Letter 1 to Phil Fox re Subpoena, # 59 Exhibit Letter 2 to Phil Fox, # 60 Exhibit Fox Letter to H. Macdougald, # 61 Exhibit DCCA Docket Sheet, # 62 Exhibit Motion to Enforce, # 63 Exhibit Appearance of Counsel, # 64 Exhibit Time Extension Motion, # 65 Exhibit Order Granting Motion for Extension, # 66 Exhibit Motion to Exceed Page Limitations, # 67 Exhibit Response to Motion to Compel, # 68 Exhibit ODC Reply Motion to Quash, # 69 Exhibit Reply in Support of Cross Motion to Quash, # 70 Exhibit Consent Motion to Supplement the Record, # 71 Exhibit Response to Motion to Supplement the Record, # 72 Exhibit Lodged Protective Motion to Quash, # 73 Exhibit Motion for Leave to Respond, # 74 Exhibit Motion to Unseal, # 75 Exhibit Response to Motion to Unseal, # 76 Exhibit ODC Opp to Cross Motion to Stay, # 77 Exhibit Reply Brief in Support of Cross Motion to Stay, # 78 Exhibit Letter Supplemental Authority, # 79 Exhibit Fox Email re Jurisdiction, # 80 Exhibit Fox |

| | | |
|---|---|---|
| | | Email re No Comparable Cases, # 81 Exhibit Key to Exhibits A and B)(Burnham, Charles) Modified on 10/19/2022 to remove incorrect filing fee information (zsl). (Entered: 10/17/2022) |
| 10/18/2022 | | NOTICE OF ERROR re 1 Notice of Removal; emailed to charles@burnhamgorokhov.com, cc'd −1 associated attorneys −− The PDF file you docketed contained errors: 1. Filing fee for miscellaneous case not paid. Please remit filing fee payment via check or money order. In the future, do not file these kinds of cases electronically., 2. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zsb, ) (Entered: 10/18/2022) |
| 10/18/2022 | | Case Assigned to Judge Rudolph Contreras. (zsb) (Entered: 10/18/2022) |
| 10/18/2022 | 2 | MOTION to Stay *Subpoena Response Deadline and Other Deadlines* by JEFFREY B. CLARK. (Burnham, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | 3 | CIVIL COVER SHEET by JEFFREY B. CLARK filed by JEFFREY B. CLARK.(Burnham, Charles) (Entered: 10/18/2022) |
| 10/19/2022 | | Filing fee received: $ 49, receipt number: 203251. (zsl) (Entered: 10/19/2022) |
| 10/19/2022 | 4 | MOTION to Quash by JEFFREY B. CLARK. (Burnham, Charles) (Entered: 10/19/2022) |
| 10/21/2022 | 5 | MOTION to Remand to State Court */DC Court of Appeals' Board on Profession Responsibility* by Hamilton Phil Fox, III. (Attachments: # 1 Exhibit 10.07.2021 Senator Judiciary Report, # 2 Exhibit 10.18.2021 BLetter with subpoena but not report, # 3 Exhibit 11.22.2021 BLetter with subpoena but not report, # 4 Exhibit 01.10.2022 ODC's response to Respondent, # 5 Exhibit 01.02.2022 Corrected letter from Respondent, # 6 Text of Proposed Order Proposed Order to Remand)(Fox, Hamilton) (Entered: 10/21/2022) |
| 10/21/2022 | 6 | Memorandum in opposition to re 4 Motion to Quash, 2 Motion to Stay *Subpoena Response Deadline and other Deadlines* filed by Hamilton Phil Fox, III. (Attachments: # 1 Exhibit 10.07.2021 Senate Judiciary Report, # 2 Exhibit 10.18.2021 BLetter with subpoena but not report, # 3 Exhibit 11.22.2021 BLetter with subpoena but not report, # 4 Exhibit 01.10.2022 ODC's response to Respondent, # 5 Exhibit 01.02.2022 Respondent's Counsel letter, # 6 Text of Proposed Order to deny Motion to Quash and Motion to Stay)(Fox, Hamilton) (Entered: 10/21/2022) |
| 10/21/2022 | 7 | ERRATA *(correcting exhibit B−3 to Notice of Removal)* by JEFFREY B. CLARK re 1 Notice of Removal,,,,,,,,,,,,,,. (Attachments: # 1 Exhibit corrected exhibit B−3)(Burnham, Charles) (Entered: 10/21/2022) |
| 10/24/2022 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Harry W. MacDougald, Filing fee $ 100, receipt number ADCDC−9620359. Fee Status: Fee Paid. by JEFFREY B. CLARK. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing)(Burnham, Charles) (Entered: 10/24/2022) |
| 10/25/2022 | | MINUTE ORDER granting 8 Motion for Leave to Appear *Pro Hac Vice*: Pursuant to Local Civil Rule 83.2, it is hereby ORDERED that Harry W. MacDougald is admitted to represent JEFFREY B. CLARK *pro hac vice* in this case. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. SO ORDERED. Signed by Judge Rudolph Contreras on 10−25−2022. (lcrc3) (Entered: 10/25/2022) |

| 10/27/2022 | 9 | NOTICE of Appearance by Harry W. MacDougald on behalf of JEFFREY B. CLARK (MacDougald, Harry) (Entered: 10/27/2022) |
|---|---|---|
| 10/28/2022 | 10 | REPLY to opposition to motion re 4 MOTION to Quash filed by JEFFREY B. CLARK. (Burnham, Charles) (Entered: 10/28/2022) |
| 10/28/2022 | 11 | Supplemental MOTION to Quash *(supplementing ECF 4)* by JEFFREY B. CLARK. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Burnham, Charles) (Entered: 10/28/2022) |
| 11/04/2022 | 12 | ENTERED IN ERROR.....RESPONSE re 5 MOTION to Remand to State Court */DC Court of Appeals' Board on Profession Responsibility* filed by JEFFREY B. CLARK. (Attachments: # 1 Exhibit)(Burnham, Charles); Modified on 11/7/2022; said pleading refiled as docket entry 13 (ztth). (Entered: 11/04/2022) |
| 11/07/2022 | 13 | RESPONSE re 5 MOTION to Remand to State Court */DC Court of Appeals' Board on Profession Responsibility CORRECTED* filed by JEFFREY B. CLARK. (Attachments: # 1 Exhibit)(Burnham, Charles) (Entered: 11/07/2022) |
| 11/07/2022 |  | NOTICE OF ERROR regarding 12 Response to motion,. The following error(s) need correction: Incorrect court header/case caption/case number. (ztth) (Entered: 11/07/2022) |
| 11/08/2022 | 14 | REPLY to opposition to 5 motion *to Remand* filed by Hamilton Phil Fox, III. (Fox, Hamilton); Modified to add docket entry relationship on 11/8/2022 (ztth). (Entered: 11/08/2022) |
| 12/12/2022 | 15 | MOTION to Consolidate Cases *and Response to Second Motion to Remand in Related Case* by JEFFREY B. CLARK. (Burnham, Charles) (Entered: 12/12/2022) |
| 12/19/2022 | 16 | REPLY to opposition to motion *To Consolidate Cases* filed by JEFFREY B. CLARK. (Attachments: # 1 Exhibit exhibits)(Burnham, Charles) (Entered: 12/19/2022) |
| 02/22/2023 | 17 | RESPONSE re 5 MOTION to Remand to State Court */DC Court of Appeals' Board on Profession Responsibility* filed by JEFFREY B. CLARK. (Burnham, Charles) (Entered: 02/22/2023) |
| 02/22/2023 | 18 | MOTION to Consolidate Cases by JEFFREY B. CLARK. (See Docket Entry 17 to view document.) (ztth) (Entered: 02/24/2023) |
| 06/08/2023 | 19 | ORDER granting 5 the D.C. Office of Disciplinary Counsel's Motion to Remand and denying as moot 2 Mr. Clark's Motion to Stay and 4 Mr. Clark's Motion to Quash. See document for details. Signed by Judge Rudolph Contreras on 6/8/23. (lcrc2) (Entered: 06/08/2023) |
| 06/08/2023 | 20 | MEMORANDUM OPINION granting 5 the D.C. Office of Disciplinary Counsel's Motion to Remand and denying as moot 2 Mr. Clark's Motion to Stay and 4 Mr. Clark's Motion to Quash. See document for details. Signed by Judge Rudolph Contreras on 6/8/23. (lcrc2) (Entered: 06/08/2023) |
| 06/11/2023 | 21 | NOTICE OF APPEAL TO DC CIRCUIT COURT by JEFFREY B. CLARK, JEFFREY B. CLARK. Fee Status: No Fee Paid. Parties have been notified. (Burnham, Charles) (Entered: 06/11/2023) |
| 06/12/2023 | 22 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to |

| | | |
|---|---|---|
| | | proceed In Forma Pauperis has been decided re 21 Notice of Appeal to DC Circuit Court. (ztth) (Entered: 06/12/2023) |
| 06/14/2023 | | USCA Case Number 23−7073 for 21 Notice of Appeal to DC Circuit Court filed by JEFFREY B. CLARK. (ztth) (Entered: 06/14/2023) |
| 07/07/2023 | | Payment for 21 Notice of Appeal to DC Circuit Court. ($505; Receipt number ADCDC−10188997). (Burnham, Charles) (Entered: 07/07/2023) |