AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:22-mc-00096-RC |
| JEFFREY B. CLARK | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Office of Disciplinary Counsel.

Date: 07/11/2023

s/Theodore (Jack) Metzler
*Attorney's signature*

Theodore (Jack) Metzler D.C. Bar No. 486339
*Printed name and bar number*

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
*Address*

metzlerj@dcodc.org
*E-mail address*

(202) 638-1501
*Telephone number*

(202) 638-0862
*FAX number*