# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>   Appellant<br><br>v.<br><br>D.C. OFFICE OF DISCIPLINARY COUNSEL,<br><br>   Appellee | 1:22-mc-96<br><br>1:23-mc-7<br><br>1:23-mc-117<br><br>(consolidated) |

## MOTION TO TAKE JUDICIAL NOTICE OF ARTICLE I PROCESS FILINGS RELATED TO THIS REMOVAL FOR PURPOSES OF ADJUDICATING THE PENDING MOTION TO STAY

On July 11, 2023, Appellant Jeffrey Clark filed a Motion for Stay Pending Appeal in these consolidated cases. *See* ECF 25.[1] The Motion asked this Court to stay its June 8, 2023 Order remanding the case back to the local Article I process in the District of Columbia. The government filed an opposition on July 21, 2023. *See* ECF 26. Mr. Clark is preparing his reply, which will be filed on Friday, July 28, 2023 because, after a flurry of activity in the Hearing Committee trying to set the case for trial, the Hearing

---

[1] ECF citations are to the first of the three removal cases, 1:22-mc-96.

1

Committee Chair postponed a pre-hearing conference and appears to be standing down for now, giving time for this Court to resolve the Motion to Stay on a less-pressured timeframe.[2]

To assist the court in deciding this Motion, Mr. Clark submits the attached exhibits from the D.C. Court of Appeals and Hearing Committee 12 for the Court's judicial notice pursuant to Federal Rule of Evidence 201. The exhibits embrace filings from **both Mr. Clark and ODC** following this Court's June 8 remand. Included in the exhibits are several filings before Hearing Committee 12 from after Mr. Clark's July 11 motion to stay.

Filings in the DCCA

1. Disciplinary Counsel's Notice of Order Granting Remand (ODC) (June 9, 2023) [Exhibit 1].

2. Motion to Continue Abeyance of Proceedings Before This Court and/or Defer Proceedings Below. (Respondent) (June 12, 2023) [Exhibit 2].

---

[2] As indicated in his Motion to Stay in this Court, Mr. Clark has also filed a Motion to Stay before the Court of Appeals. *See In re: Jeffrey Clark*, 23-7073. Mr. Clark's forthcoming reply brief in support of his stay in this Court will explain intervening events in the local process such as the Hearing Committee's decision to postpone a pretrial conference.

3. Opposition to Motion to Continue Abeyance (ODC) (June 20, 2023) [Exhibit 3].

4. Motion For Leave to Exceed Length Limitations for Reply in Support of Motion to Continue Abeyance of Proceedings Before this Court and/or Defer Proceedings Below (Respondent) (June 21, 2023) [Exhibit 4].

5. Reply in Support of Motion to Continue Abeyance of Proceedings Before This Court and/or Defer Proceedings Below (Respondent) (June 23, 2023) [Exhibit 5].

6. Motion to Expedite Ruling on Motion to Continue Abeyance of Proceedings Before This Court and/or Defer Proceedings Below (Respondent) (July 5, 2023) [Exhibit 6].

7. Motion to Supplement the Record (ODC) (July 7, 2023) [Exhibit 7].

8. Response to Motion to Supplement (Respondent) (July 10, 2023) [Exhibit 8].

9. Motion to Take Notice of Hearing Committee Twelve Filing (Respondent) (July 10, 2023) [Exhibit 9].

None of the motions listed above in Items 1 through 9 have yet been acted upon by the DCCA despite the request for expedited consideration.

Filings Before Hearing Committee 12

1. Hearing Committee Order – Directing the Parties to Submit Status Reports (June 16, 2023) [Exhibit 10].

2. Lodged Respondent's Status Report (Respondent) (June 23, 2023) [Exhibit 11].

3. Disciplinary Counsel's Status Report (ODC) (June 23, 2023) [Exhibit 12].

4. Hearing Committee Order — Setting Pre Hearing Conference (Chair of Hearing Committee 12) (July 5, 2023) [Exhibit 13][3]

5. Lodged Notice of Motion to Expedite Filed in the Court of Appeals Respondent) (July 5, 2023) [Exhibit 14].

---

[3] This item was included in Mr. Clark's Motion to Stay as Exhibit 1 and is thus already a part of the record. We included it here for the convenience of having all the relevant documents in one place.

6. Lodged Respondent's Motion for Reconsideration and for Postponement of Pre-Hearing Conference (Respondent) (July 7, 2023) [Exhibit 15].

7. Lodged Respondent's Motion to Vacate Orders (Respondent) (July 9, 2023) [Exhibit 16].

8. Hearing Committee Order — Directing ODC to Respond to Motion to Vacate Orders by 3 p.m. on July 11th (Chair of Hearing Committee 12) (July 10, 2023) [Exhibit 17].

9. Disciplinary Counsel's Opposition to Motion to Vacate (ODC) (July 11, 2023) [Exhibit 18].

10. Lodged Respondent's Reply in Support of Motion to Vacate Orders (Respondent) (July 11, 2023) [Exhibit 19].

11. Affidavit of Theodore Metzler (ODC) (July 12, 2023) [Exhibit 20].

12. Hearing Committee Order — Postponing the Pre-Hearing Until Motion to Vacate is Resolved (July 12, 2023) [Exhibit 21].

13. Lodged Respondent's Motion to Disregard ODC Affidavit as Legally Deficient and Thus Irrelevant (Respondent) (July 13, 2023) [Exhibit 22].

Appellant believes that this Motion will be helpful to the Court in resolving the Motion for Stay Pending Appeal. ODC informed us it opposed the parallel filing in connection with the requested stay from the D.C. Circuit. But ODC also told us that it would not file an opposition in that Court. We assume that they will take a similar approach in this Court.

## CONCLUSION

For the foregoing reasons, Respondent Jeffrey Clark respectfully requests that this Court grant this Motion to Take Judicial Notice of Article I Process Filings Related to This Removal for Purposes of Adjudicating the Pending Motion to Stay.

Respectfully submitted this 25th day of July 2023.

| | |
|---|---|
| /s/ Charles Burnham | Harry W. MacDougald |
| | Georgia Bar No. 453076 |
| Charles Burnham | Caldwell, Carlson, Elliott & DeLoach, LLP |
| DC Bar No. 1003464 | |
| Burnham and Gorokhov, PLLC | Two Ravinia Drive, Suite 1600 |
| 1750 K Street, NW | Atlanta, Georgia 30346 |
| Suite 300 | (404) 843-1956 |
| Washington DC 20006 | hmacdougald@ccedlaw.com |
| (202) 386-6920 | |
| charles@burnhamgorokhov.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this *Motion to Take Judicial Notice of Article I Process Filings Related to This Removal for Purposes of Adjudicating the Pending Motion to Stay* via the ECF system:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 25th day of July 2023

                                             */s/ Charles Burnham*
                                             Charles Burnham
                                             DC Bar No. 1003464
                                             1750 K Street, NW
                                             Suite 300
                                             Washington DC 20006
                                             202-386-6920
                                             charles@burnhamgorokhov.com