# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Jeffrey B. Clark,<br><br>A member of the Bar<br>   of the District of Columbia<br>   Court of Appeals<br><br>Bar No. 455315 | Case Nos.  1:22-mc-096<br>            1:22-mc-117<br>            1:23-mc-007 |

## OPPOSITION TO MOTION FOR FURTHER BRIEFING

Clark's motion for "supplemental stay briefing" is another attempt to manufacture delay his disciplinary hearing and should be denied.

The motion is prompted by an order in which the hearing committee chair decides *not* to decide whether this Court's clerk must send a certified copy of the Court's remand order to the Board on Professional Responsibility before it may proceed. Instead, the chair determined to wait for this Court or its clerk to resolve the issue, either by sending a certified copy of the remand order, taking "an official position" that no copy will be sent, or "other circumstances that allow us to determine that we have jurisdiction to proceed." Hearing Comm. Order 12.

Of course, deciding not to decide is itself a decision to delay that serves Clark's purposes perfectly well. Clark's motion seeks to leverage that delay to justify more delay, claiming that supplemental briefing is required "to properly

respond to the new order." But he does not attempt to show that the order creates any issue relevant to his motion for a stay pending appeal that justifies a round of supplemental briefing in this Court. There is no such issue. If anything, the order confirms that the hearing committee is waiting for this Court to say whether the hearing may proceed. It thus highlights the need for a prompt resolution of Clark's stay motion, which is fully briefed and ready for the Court's decision.

### Conclusion

The motion for supplemental briefing should be denied.

Respectfully submitted,

HAMILTON P. FOX, III
  *Disciplinary Counsel*

s/Theodore (Jack) Metzler
THEODORE (JACK) METZLER
  *Senior Assistant Disciplinary Counsel*

OFFICE OF DISCIPLINARY COUNSEL
515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501

2

PROPOSED ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Jeffrey B. Clark,<br><br>A member of the Bar<br>    of the District of Columbia<br>    Court of Appeals<br><br>Bar No. 455315 | Case Nos.  1:22-mc-096<br>                 1:22-mc-117<br>                 1:23-mc-007 |

## ORDER DENYING MOTION FOR SUPPLEMENTAL BRIEFING

On consideration of Clark's motion for supplemental briefing in support of his motion for stay pending appeal (ECF No. 28) and Disciplinary Counsel's opposition thereto, the Court finds that the motion does not raise any issue that merits further briefing. The motion is therefore DENIED.

SO ORDERED.

Dated:_____

RUDOLPH CONTRERAS
United States District Judge

**Notice to:**

Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Suite 500
Washington, DC 20005

Harry W. MacDougald
Caldwell, Carlson, Elliott & Deloach, LLP
2 Ravinia Drive
Suite 1600
Atlanta, GA 30346
    *Counsel for Jeffrey B. Clark*

Hamilton P. Fox, III
Theodore (Jack) Metzler
Office of Disciplinary Counsel
515 5th Street, N.W.
Building A, Suite 117
Washington, DC 20001
    *Counsel for District of Columbia Office of Disciplinary Counsel*