IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:23-mc-00007-RC<br>Case No. 1:22-mc-00096-RC<br>Case No. 1:22-mc-00117-RC<br>(consolidated) |

# ORDER

It is hereby ordered that Jeffrey Clark's Motion for Stay on Grounds Newly Arising on August 14, 2023 is **GRANTED**, all proceedings in this matter shall cease at least until the conclusion of all trial-level proceedings in *Georgia v. Donald J. Trump, et al.*, Superior Court of Fulton County, Georgia, Case No. 23SC188947.

After the conclusion of all trial-level proceedings, both sides in this litigation shall file a Status Update with this Court within 10 calendar days.

The Clerk is ordered (1) not to send a certified copy of this Court's June 8 order in this case; or (2) enter a separate final judgment until instructed to do so by order of this Court.

Entered on: _____.

_____.
Hon. Rudolph Contreras
United States District Judge