# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Jeffrey B. Clark,<br><br>A member of the Bar<br>  of the District of Columbia<br>  Court of Appeals<br><br>Bar No. 455315 | Case Nos.  1:22-mc-096<br>1:22-mc-117<br>1:23-mc-007 |

## OPPOSITION TO MOTION TO STAY

Respondent Jeffrey B. Clark has moved this Court to stay consideration of his own motion to stay this Court's decision pending appeal. His arguments are directed to reasons to stay the disciplinary proceeding over which this Court has determined that it lacks jurisdiction. They do not address the question of why resolving the motion to stay pending appeal would be ill-advised in light of the pending criminal proceedings against him in Georgia. The issue before this Court is not the merits of the disciplinary proceeding. Rather, the only issue is which forum should decide the disciplinary proceeding. Mr. Clark makes no effort to explain how finalizing that issue—an issue this Court has already resolved—would prejudice him in defending against criminal charges.

The substance of Mr. Clark's argument—that he would be prejudiced if he had to assert his privilege against self-incrimination in the disciplinary proceeding or that he would have to tip his hand as to his defense to the criminal charges—

has nothing to do with the issue pending before this Court. Those arguments are properly directed to the forum that will decide the merits of the disciplinary case, which this Court has already determined is the hearing committee and the Board on Professional Responsibility, agencies of the District of Columbia Court of Appeals. The rules of the Board on Professional Responsibility specifically provide for motions to seek deferral because of a pending criminal prosecution (Board Rule 4.2), and it is in that forum that Mr. Clark should raise his arguments. That question should be decided by the tribunal that will hear the case, not by a tribunal that has already determined that it lacks jurisdiction.

The hearing committee has not yet asserted jurisdiction following remand of the removal proceedings, despite this Court's decision, because the district court clerk has not sent a certified copy of the remand order to the "clerk" of the hearing committee or the Board on Professional Responsibility. Undoubtedly this is because there is no such "clerk." Why this purely ministerial step should trouble the hearing committee is a bit of a mystery, but it does. Accordingly, Disciplinary Counsel requests the Court to direct the clerk to send such a certified copy to the Office of the Executive Attorney to the Board, whose duties are partly analogous to those of a court clerk. See D.C. Bar Rule XI, Section 7.

Wherefore, Disciplinary Counsel requests that the Motion to Stay be denied.

        Respectfully submitted,

        <u>s/ HAMILTON P. FOX, III</u>
        HAMILTON P. FOX, III
          *Disciplinary Counsel*

        THEODORE (JACK) METZLER
          *Senior Assistant Disciplinary Counsel*

        OFFICE OF DISCIPLINARY COUNSEL
        515 Fifth Street, N.W.
        Building A, Room 117
        Washington, D.C. 20001
        (202) 638-1501

PROPOSED ORDER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Jeffrey B. Clark,<br><br>A member of the Bar<br>  of the District of Columbia<br>  Court of Appeals<br><br>Bar No. 455315 | Case Nos.  1:22-mc-096<br>1:22-mc-117<br>1:23-mc-007 |

## ORDER DENYING MOTION TO STAY

On consideration of Clark's motion for stay on grounds (ECF No. 32) and Disciplinary Counsel's opposition thereto, the Court denies the motion.

SO ORDERED.

Dated: _____               _____
                                      RUDOLPH CONTRERAS
                                      United States District Judge

4

**Notice to:**

Charles Burnham
Burnham & Gorokhov PLLC
1750 K St. NW
Suite 300
Washington, DC 20006
charles@burnhamgorokhov.com

Harry W. MacDougald
Caldwell, Carlson, Elliott & Deloach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, GA 30346
hmacdougald@ccedlaw.com

*Counsel for Jeffrey B. Clark*

Hamilton P. Fox, III
Theodore (Jack) Metzler
Office of Disciplinary Counsel
515 5th Street, N.W.
Building A, Suite 117
Washington, DC 20001

*Counsel for District of Columbia Office of Disciplinary Counsel*