IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:23-mc-00007-RC<br>Case No. 1:22-mc-00096-RC<br>Case No. 1:22-mc-00117-RC |

## MOTION FOR ENTRY OF FEDERAL RULE OF CIVIL PROCEDURE 58 SEPARATE JUDGMENT

On June 8, 2023, this Court entered a remand order of this removed case. *See* Dkt. # 19, Case No. 1:22-mc-00096-RC. And on August 25, 2023, this Court denied two different pending motions to stay the remand order pending appeal. *See* Dkt. # 34.

What the Court has not yet done is enter a separate judgment in compliance with Federal Rule of Civil Procedure 58. The purpose of this Motion is to request the Court to enter such a judgment to avoid potential further delay in adjudication of the appeal by the D.C. Circuit, which may be applying the 150-day rule in Federal Rule of Appellate Procedure 4(a)(7)(A)(ii). *See also* Fed. R. App. P. 4(a)(2) (giving delayed effect to notices of appeal filed before the entry of a separate judgment). *See also* Fed. R. Civ. P. 58(d) (parties may request the entry of a separate judgment).

Because the 150-day rule (running from June 8, 2023) does not elapse until November 5, 2023 (a Sunday, and is thus extended until Monday November 6, 2023 by virtue of Federal Rule of Civil Procedure 6(a)(1)(C)), we are moving for the entry of

judgment so that the appeal and the requests for stay to the D.C. Circuit are delayed no further.

A form of separate judgment is appended hereto.

## CONCLUSION

Wherefor, we pray that the Court enter a separate judgment in this matter as soon as possible.

Respectfully submitted this 25th day of October 2023.

| | |
|---|---|
| /s/ *Charles Burnham* | /s/ *Harry W. MacDougald* |
| Charles Burnham | Harry W. MacDougald |
| DC Bar No. 1003464 | Georgia Bar No. 463076 |
| Burnham and Gorokhov, PLLC | Caldwell, Carlson, Elliott & DeLoach LLP |
| 1750 K Street, NW | Two Ravinia Drive, Suite 1600 |
| Suite 300 | Atlanta, Georgia 30346 |
| Washington DC 20006 | (404) 843-1956 |
| (202) 386-6920 | hmacdougald@ccedlaw.com |
| charles@burnhamgorokhov.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JEFFREY B. CLARK,<br><br>A member of the Bar of the District of Columbia Court of Appeals (Bar No. 455315) | Case No. 1:23-mc-00007-RC<br>Case No. 1:22-mc-00096-RC<br>Case No. 1:22-mc-00117-RC |

## JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a), (c)(2)(A), and (d), the Court hereby enters a judgment of remand against Jeffrey B. Clark and in favor of the D.C. Office of Disciplinary Counsel.

The judgment is effective immediately and the Clerk shall enter this Order on the docket as soon as possible in accord with Federal Rule of Civil Procedure 79(a)(2)(C).


October __, 2023                                        _____

                                                        RUDOLPH CONTRERAS
                                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this *Motion for Entry of Federal Rule of Civil Procedure 58 Separate Judgment* by filing with the Court's electronic filing system and by email addressed to:

Hamilton P. Fox, Esq.
Jason P. Horrell, Esq.
Office of Disciplinary Counsel
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org
horrellj@dcodc.org

This 25th day of October 2023.

/s/ Charles Burnham
Charles Burnham
DC Bar No. 1003464

Burnham and Gorokhov, PLLC
1750 K Street, NW
Suite 300
Washington DC 20006
(202) 386-6920
charles@burnhamgorokhov.com

1