# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-7073**                                        **September Term, 2023**

1:23-mc-00007-RC
1:22-mc-00117-RC
1:22-mc-00096-RC

Filed On: August 20, 2024 [2070962]

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of
the District of Columbia Court of Appeals
(Bar Registration No. 455315),

      Appellant

    v.

D.C. Office of Disciplinary Counsel,

      Appellee

------------------------------

Consolidated with 23-7074, 23-7075

### M A N D A T E

In accordance with the judgment of July 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk
                     BY:    /s/
                                                   Daniel J. Reidy
                                                   Deputy Clerk

Link to the judgment filed July 12, 2024